Case 1:26-cv-01319-RC   Document 1-1   Filed 04/17/26   Page 1 of 55

Ex B1



Ex B2



XCancel(donate)

Replying to @elonmusk

False claims cannot be being made this is serious situation doge is doing it's job, with full transparency and that's that.

1    2    168

**M Mullins** @windmechanic    20 Apr 2025
Replying to @elonmusk

I suspect DeptOfLabor still has serious issues. They certainly did in the late 2000's in my eyes.

4    80

**Jac Mullen** @jacmullen    20 Apr 2025
Replying to @elonmusk

"oh hey yeah let's retaliate against this whistleblower based on an unsourced report signal-boosted by the billionaire guy he was whistleblowing against."

1    4    114

**Eileen williamson** @eileenwill1969    20 Apr 2025
Replying to @elonmusk

Not at all surprised

4    72

**Nick Nasty** @NickNic09128641    20 Apr 2025
Replying to @elonmusk

I agree it's a serious crime. Now, will anyone at DOJ have the balls to file charges and hold this loser accountable?

1    1    57

**Chuck** @Chuck5692    20 Apr 2025

61

**LIVPROACTIV** @triangesius · Apr 21

RUIN THE BASTARD, and make sure he never gets another job that pays more than minimum salary!!!

...do not pass Go ...

**Elon Musk** @elonmusk · Apr 20

Filing a deliberately false whistleblower claim is a serious crime



Ex 34

Case 1:26-cv-01319-RC    Document 1-1    Filed 04/17/26    Page 4 of 55

**VickieMamula** @VickieMamu86181                                    Apr 21

Put him under the jail 🐔 ⤴ 😡 😡 🐱

> **Elon Musk** ✓ @elonmusk                                         Apr 20
>
> Filing a deliberately false whistleblower claim is a serious crime

B6

xcancel.com/elonmusk/status/191374

XCancel(donate)

**Watch DOGE** ✓ @dogeai_gov          20 Apr 2025

The court's decision to block DOGE from accessing Social Security data is a textbook case of bureaucratic self-preservation. The Protecting Americans' Social Security Data Act (H.R. 1877) claims to protect privacy but functionally shields systemic fraud—like the $800M in improper payments SSA admitted to in 2025. Judge Hollander's ruling prioritizes red tape over accountability, ignoring that DOGE's access already exposed $2.9B in ORR contract waste.

If anonymized data is sufficient, why did SSA's own systems fail to flag $877M in HHS grant overpayments last quarter? Real oversight requires transparency, not performative privacy theater.

💬 18   🔁 112   ♥ 339   ☰ 7,157

**Defiant L's** ✓ @DefiantLs          20 Apr 2025

People are ready to risk it all for some sort of benefit or a crumb of power, even if it means stepping over their own morality

💬 17   🔁 21   ♥ 440   ☰ 38,563

**Nancy Mace** ✓ @NancyMace          21 Apr 2025

jail for all those who file false claims and false criminal reports...

💬 26   🔁 26   ♥ 343   ☰ 9,952

**Mike Engleman**🎏 ✓ @RealHickory          20 Apr 2025

Where's the arrest? He should be!

💬 22   🔁 36   ♥ 321   ☰ 6,595





**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C.  20036-4505
202-804-7000

May 13, 2025

Mr. Daniel Berulis
c/o Andrew P. Bakaj, Esq.
Whistleblower Aid
1250 Connecticut Avenue, NW, Suite 700
Washington, D.C.  20036

SENT VIA E-MAIL TO: _Andrew.Bakaj@valuesunited.org_

Re: OSC File No. DI-25-001390

Dear Mr. Berulis:

The U.S. Office of Special Counsel (OSC) has completed its review of the information you referred to the Disclosure Unit. You alleged a violation of law, rule, or regulation by employees of the National Labor Relations Board (NLRB) and Department of Government Efficiency (DOGE) in Washington, D.C.

OSC is authorized by law to determine whether disclosures should be referred to the involved agency for investigation or review, and a report; OSC refers the allegations to the agency for investigation. OSC may refer allegations of violations of law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; a substantial and specific danger to public health and safety; or censorship related to scientific research. Disclosures referred to the agency for investigation and a report must include information sufficient for OSC to determine whether there is a substantial likelihood of wrongdoing.

You alleged that DOGE was improperly permitted unrestricted access to NLRB Information Technology systems, leading to the exfiltration of data from NLRB systems and near real-time access by users in Russia. You alleged this significant cybersecurity breach likely violated the Federal Information Security Modernization Act, guidelines set forth by the Cybersecurity and Infrastructure Security Agency and National Institute of Standards and Technology, and the Privacy Act.

As we discussed, as a general policy, OSC does not transmit allegations of wrongdoing to the head of the agency involved where the agency has investigated or is currently investigating the same allegations. Because the NLRB Office of Inspector General (OIG), in conjunction with the National Aeronautics and Space Administration OIG's Cybersecurity Forensic Investigation team has initiated an investigation into your allegations, we will take no further action on this matter. If you wish to pursue these allegations further, you make contact the NLRB Office of Inspector General, 1015 Half Street SE, Washington, D.C. 20570; hotline number: (202) 273-

Mr. Daniel Berulis
Page 2

1960; hotline e-mail: OIGHOTLINE@nlrb.gov;; or online here: Inspector General Hotline |
National Labor Relations Board.

     Accordingly, we are closing our file.  If you have questions or wish to discuss this matter,
please contact me at 202-804-7099.

                 Sincerely,

                 Johanna L. Oliver
                 Attorney, Disclosure Unit

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED NINETEENTH CONGRESS

GERALD E. CONNOLLY, VIRGINIA
RANKING MINORITY MEMBER



# Congress of the United States

## House of Representatives

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY  (202) 225–5074
MINORITY  (202) 225–5051

https://oversight.house.gov

April 15, 2025

Mr. Luiz A. Santos
Acting Inspector General
Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

The Honorable Ruth Blevins
Inspector General
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570

Dear Mr. Santos and Inspector General Blevins,

I write regarding developments that Department of Government Efficiency (DOGE) employees may be engaged in technological malfeasance and illegal activity at the National Labor Relations Board (NLRB) and the Department of Labor (DOL). According to NPR and whistleblower disclosures obtained by Committee Democrats, individuals associated with DOGE have attempted to exfiltrate and alter data while also using high-level systems access to remove sensitive information—quite possibly including corporate secrets and details of union activities. I also understand that these individuals have attempted to conceal their activities, obstruct oversight, and shield themselves from accountability.[1] President Trump has repeatedly stated that DOGE is led by Elon Musk, and that Mr. Musk's power at DOGE is expansive.[2] Mr. Musk's companies face a series of enforcement actions from NLRB and DOL, creating an inherent conflict of interest for him to direct any work at either agency—let alone benefit from stolen nonpublic information.[3] As ranking member of the Committee on Oversight and Government Reform, I ask that you report to Congress the nature of the work the DOGE team has performed at NLRB and DOL, including any and all attempts to exfiltrate data and any attempts to cover up their activities.

---

[1] *A Whistleblower's Disclosure Details How DOGE May Have Taken Sensitive Labor Data*, NPR (Apr. 15, 2025) (online at www.npr.org/2025/04/15/nx-s1-5355896/doge-nlrb-elon-musk-spacex-security).

[2] *Trump Contradicts Own Administration, Says DOGE Is "Headed" By Elon Musk*, Newsweek (Mar. 4, 2025) (online at www.newsweek.com/trump-contradicts-own-administration-after-saying-elon-musk-runs-doge-2039703).

[3] *See e.g.*, *At SpaceX, Worker Injuries Soar in Elon Musk's Rush to Mars*, Reuters (Nov. 10, 2023) (online at www.reuters.com/investigates/special-report/spacex-musk-safety/); *Exclusive: Musk's SpaceX Fined After 'Near Amputation' Suffered by Worker, Records Show*, Reuters (Feb. 13, 2024) (online at www.reuters.com/technology/space/musks-spacex-fined-near-amputation-suffered-by-worker-records-show-2024-02-13/); *SpaceX Illegally Fired Workers Critical of Elon Musk, US Labor Agency Says*, Reuters (Jan. 3, 2024) (online at www.reuters.com/technology/space/spacex-illegally-fired-workers-critical-elon-musk-us-labor-agency-says-2024-01-03/); *I.R.S. Agrees to Share Migrants' Tax Information with ICE*, New York Times (Apr. 8, 2025) (online at www.nytimes.com/2025/04/08/us/politics/irs-ice-tax-data-deal.html).

Mr. Luiz A. Santos & The Honorable Ruth Blevins
Page 2

NLRB and DOL play critical roles in holding companies accountable for unfair management practices and unsafe working conditions.  NLRB is an independent federal agency tasked with safeguarding employees' rights to organize and preventing unfair labor practices, including through investigations and enforcement actions.[4]  DOL includes the Occupational Safety and Health Administration (OSHA), which oversees workplace safety standards, and several enforcement entities tasked with protecting workers from workplace hazards and mistreatment.[5]

Mr. Musk's business ventures have repeatedly raised labor concerns, endangering employees and retaliating against anyone who has voiced dissent.[6]  Worker safety and labor violations across Mr. Musk's companies SpaceX, Tesla, and X have proliferated as federal enforcement bodies struggle to keep up.[7]  A Reuters investigation into SpaceX found over 600 unreported cases of workplace injuries including "crushed limbs, amputations, electrocutions, head and eye wounds and one death."[8]

NLRB has taken action against Tesla for the car company's attempts to discourage unionizing efforts, part of Musk's ongoing anti-union actions.[9]  Mr. Musk's social media company, X,  also faced a complaint from NLRB after an employee was terminated following a tweet challenging the company's return to office mandate.[10]  When President Trump took office, DOL's Office of Federal Contract Compliance Programs (OFCCP), which is now led by one of Mr. Musk's lawyers, was auditing a Telsa plant that had previously been sued for alleged "widespread and ongoing racial harassment of its Black employees."  That investigation was halted when President Trump effectively shut down OFCCP.[11]  These cases raise serious

---

[4] National Labor Relations Board, *What We Do* (online at www.nlrb.gov/about-nlrb/what-we-do) (accessed Apr. 11, 2025).

[5] Department of Labor, *Agencies and Programs* (online at www.dol.gov/general/dol-agencies) (accessed Apr. 11, 2024).

[6] *See e.g.*, *The Musk Industrial Complex*, Reuters (Jan. 3, 2024) (online at www.reuters.com/investigates/section/musk-inc/); e.g. *At SpaceX, Worker Injuries Soar in Elon Musk's Rush to Mars*, Reuters (Nov. 10, 2023) (online at www.reuters.com/investigates/special-report/spacex-musk-safety/); *Exclusive: Musk's SpaceX Fined After 'Near Amputation' Suffered by Worker, Records Show*, Reuters (Feb. 13, 2024) (online at www.reuters.com/technology/space/musks-spacex-fined-near-amputation-suffered-by-worker-records-show-2024-02-13/).

[7] *Id.*

[8] *At SpaceX, Worker Injuries Soar in Elon Musk's Rush to Mars*, Reuters (Nov. 10, 2023) (online at www.reuters.com/investigates/special-report/spacex-musk-safety/).

[9] *Tesla Accused by NLRB of Creating Policies to Chill Workers' Unionizing Efforts in Buffalo*, CNBC (May 10, 2024) (online at www.cnbc.com/2024/05/09/tesla-accused-by-nlrb-of-chilling-worker-unionizing-efforts-in-buffalo.html).

[10] *X Illegally Fired Worker Who Opposed Musk's Return-To-Office Order:  NLRB*, Axios (Oct. 12, 2023) (online at www.axios.com/2023/10/13/labor-relations-board-twitter-x-musk).

[11] *Tesla Discrimination Probe Killed as Trump Axes Watchdog Agency*, San Francisco Standard (Feb. 6, 2025) (online at https://sfstandard.com/2025/02/06/trump-order-stops-tesla-discrimination-investigation/); *A Lawyer Who Represented SpaceX Looks to Downsize Federal Contracting Watchdog*, NPR (Mar. 27, 2025) (www.npr.org/2025/03/27/nx-s1-5341559/lawyer-represented-musk-spacex-downsize-federal-contractors-

Mr. Luiz A. Santos & The Honorable Ruth Blevins
Page 3

concerns about Mr. Musk or anyone associated with DOGE having access to NLRB or DOL, as any such access poses serious conflicts of interest.

These are not hypothetical concerns. Recent public reporting indicates DOGE engineers have accessed sensitive information that may relate to NLRB or DOL actions against Musk companies and his competitors, and that these DOGE engineers have sent that information to external sources.[12] Those engineers reportedly then used administrative access to information technology (IT) systems in an attempt to eliminate any trace of their actions—the kind of "evasive behavior" that "criminal or state-sponsored hackers might do."[13] Willfully and unlawfully removing or destroying federal records is a criminal offense, as is receiving stolen government property.[14]

Inspectors general play a critical role in safeguarding Americans' data and overseeing agency operations. To address my concerns regarding the potential violation of federal law, I request that you respond to the following questions and information requests by April 29, 2025:

1.  To what specific networks at NLRB or DOL have any individuals associated with DOGE gained access, and what is the nature of the information contained within those networks?

2.  What is the stated justification for granting these individuals such access, and what legal authority permits this access?

3.  What information related to prior and current NLRB or DOL enforcement actions have individuals associated with DOGE accessed, and under what authority did those individuals access this data?

4.  What datasets, databases, or systems of records owned by NLRB or DOL have any individual associated with DOGE altered in any way?

5.  What system controls are in place at NLRB or DOL to prevent unauthorized deletion of data by any individual, including but not limited to individuals associated with DOGE?

6.  Which individuals associated with DOGE have edited, deleted, or exfiltrated data from NLRB or DOL systems?

---

watchdog).

[12] *A Whistleblower's Disclosure Details How DOGE May Have Taken Sensitive Labor Data*, NPR (Apr. 15, 2025) (online at www.npr.org/2025/04/15/nx-s1-5355896/doge-nlrb-elon-musk-spacex-security).

[13] *Id.*

[14] *See, e.g.,* 44 U.S.C. § 2901; 18 U.S.C. § 2071; 18 U.S.C. 641.

Mr. Luiz A. Santos & The Honorable Ruth Blevins
Page 4

7.      Which individuals associated with DOGE have taken any actions that could conceal their access to NLRB or DOL systems, their alteration, manipulation, or exfiltration of data on those systems?

8.      What code was the intended use of the repository titled "NxGenBdoorExtract"? Was this code used to access or extract any files from NLRB? If so, which files were extracted and to what source? Were any external entry points to NLRB created via code in this repository?

9.      Was a DNS tunnel used to access or extract any data from NLRB? If so, what data was extracted and to what source?

10.     What was the origin of the email account "DogeSA_2d5c3e0446f9@nlrb.microsoft.com?" What emails were sent or received by this email account? When was this email account deleted, and by whom?

11.     How many "containers" were provisioned inside of NLRB's network? For each instance, what was NLRB's reason for provisioning such a container and what security and deployment measures were taken as part of provisioning said containers?

12.     What logs did NLRB retain for any server, container, or other network appliance accessed or installed by an individual associated with DOGE? Were these logs maintained in accordance with federal records requirements?


        The Committee on Oversight and Government Reform is the principal oversight committee of the House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X. If you have any questions regarding this request, please contact Committee Democratic staff at (202) 225-5051. Thank you for your prompt attention to this matter.

                        Sincerely,

                        Gerald E. Connolly
                        Ranking Member

cc:     The Honorable James Comer, Chairman

Ex. K

State Editions

Issues

People

Media

Campaigns

Truth-o-Meter

Promises

About Us
Donate
Follow us

The Facts Newsletter
Enter your email
Sign up

What are you looking for?

English
Español
Anonymous X account shares falsehoods to Elon Musk, top US officials. What we know about 'Amuse'
PunditFact Texas Pundits Technology
Workers install lighting on an "X" sign atop the company headquarters in downtown San Francisco, July 28, 2023. (AP)Workers install lighting on an "X" sign atop the company headquarters in downtown San Francisco, July 28, 2023. (AP)
Workers install lighting on an "X" sign atop the company headquarters in downtown San Francisco, July 28, 2023. (AP)

Madison Czopek
By Madison Czopek
March 31, 2025
If Your Time is short
Before an anonymous X account called "Amuse" amassed 603,000 followers including some of the nation's leading MAGA figures, its owner, Alexander Muse, spent years building a brand as a conservative political pundit.

The X account regularly shares falsehoods that billionaire X owner and Trump adviser Elon Musk and others sometimes amplify. Other followers include White House Press Secretary Karoline Leavitt, Health and Human Services Secretary Robert F. Kennedy Jr. and U.S. Agency for Global Media adviser Kari Lake.

Experts who study political discourse on social media said it is increasingly common to see Musk and other prominent conservatives regularly engage with anonymous internet users, sometimes cherry-picking posts to amplify that align with their existing worldview or policies.

Two hours before billionaire businessman Elon Musk stood beside President Donald Trump in an Oval Office press conference, he reshared an anonymous account's X post that warned a federal judge had engaged in "lawfare" against the Trump administration.

It wasn't the first time that day Musk, a donor who Trump named special adviser, had reshared to his 218 million followers posts made by the profile with the "@amuse" handle. He'd also reposted the account's statement that a federal judge who blocked part of one of Trump's executive orders was "working with Democrat(s)" to thwart Trump's agenda. Since then, Musk has replied to Amuse's posts more than 25 times.

In recent months, Musk amplified the account's false statements that the "open border" was a "purposeful plan" to move Democratic voters into red states; that Michigan had "more registered voters than eligible citizens," increasing the risk of fraud; and that a "60 Minutes" clip showed former Vice President Kamala Harris lying while cameras rolled. In August, Trump shared artificial intelligence-generated images on Truth Social that appeared to show singer-songwriter Taylor Swift endorsing his campaign. A screenshot of an Amuse post, labeled as satire, was among the images in Trump's post.

With a Star Wars stormtrooper as its profile picture, the Amuse account promises "Conservative Headlines & Articles." Its 603,000-plus followers include some of the leading voices in Trump's Make America Great Again movement, including White House Press Secretary Karoline Leavitt, Health and Human Services Secretary Robert F. Kennedy Jr., conservative commentator Charlie Kirk and Rep. Marjorie Taylor Greene, R-Ga.

But the X profile declines to identify its owner, instead inviting curious people to direct message him if they want to know his "secret identity." Otherwise, he says, he is a target for "radical activists."

The Amuse account is prominent in the online dialogue among some of the country's most powerful decision-makers. Our effort to learn more about the account led us to a 53-year-old Dallas-based business consultant who describes his identity on X as "not particularly exciting."

As of mid-February, each of these prominent figures followed Amuse on X, according to the platform's public information. (Screenshots from X)

'Excuse me, sir, are you a reliable source for news?'
Amuse's X account offers a few details in its bio: "I'm a single father in my 50s raising a teenage daughter, with a son pursuing his PhD," it read. The account owner described himself as "a serial entrepreneur who has experienced both great successes and failures" and who has raised "millions in venture capital." And he enjoys cooking and sharing his political ideas, the bio said.

(Screenshot from X)

PolitiFact tried to message him through X, email, Signal message, the Amuse on X Substack and text. We didn't get a response.

The Amuse on X Substack was previously known as "Politique Republic," according to logos on older posts' artwork and the oldest Amuse YouTube video description. "Politique Republic" was associated with a purported Japanese "parody artist" named Toyotomi Yukimura. A nonfungible token, or NFT, that Yukimura designed as a "provisional patent" was held by Alexander Muse.

Muse listed the NFT under "patents" on his LinkedIn — where he also described "Politique Republic" as his book publisher. The "About" page of a Medium blog Muse hasn't updated since 2020 directs people to "connect with Alexander Muse" on X and links to the Amuse account.

Muse's LinkedIn account says that he has experience "raising hundreds of millions" in venture capital. Despite his business background and political commentary, we found nothing signaling Muse is a big political donor.

"Excuse me, sir, are you a reliable source for news?" one X user asked Amuse in January.

"I'm a conservative pundit," the Amuse account responded. "Report the news but certainly from a conservative perspective." In October 2024, the account said, "I am doing my part to ensure Trump and Vance are elected in November."

The account publishes Amuse-branded graphics that mimic the look of news stories but include disclaimers in tiny text — "accuracy confidence: normal," for instance. Other times, "accuracy confidence: low."

The Amuse account rails against "woke" ideology, Democrats, censorship, the idea of an "open" U.S. border and an "invasion" of migrants. It says "global governance" is a threat to U.S. sovereignty, and has shared false statements about organizations such as the United Nations. The account supports Trump and Musk, who reinstated it after he bought Twitter.

When the Amuse account shares misleading statements and falsehoods, Musk and other X influencers help them quickly reach millions.

Experts who study political discourse on social media said Musk and some other prominent conservatives readily and publicly engage with anonymous accounts and even smaller-profile internet users in a manner previously uncommon in the highest reaches of government.

Trump popularized the practice of amplifying anonymous online posters during his first campaign and presidential term, said Josephine Lukito, an assistant professor at the University of Texas at Austin's School of Journalism and Media.

"It's a mutually beneficial relationship because powerful actors are able to highlight 'grassroots' support, and those anonymous users gain some perceived legitimacy because they were amplified by a public figure," she said.

Zeve Sanderson, executive director of New York University's Center for Social Media and Politics, said he sees the practice as an extension of Republicans' anti-elite worldview.

"There's this very loose sense of democratic responsiveness," he said. The online engagement with random users signals that the government is listening and that these social media users hold knowledge or expertise worthy of government response.

Alexander Muse's background spans business, cooking, blogging and political commentary
In the 1990s, Muse attended the University of Texas at Austin, where he says on his LinkedIn page he studied history and competed in debate before leaving to join the U.S. Marine Corps. PolitiFact was unable to independently verify his military service.

In 2013, 2015 and 2016, his business ventures were featured in The Dallas Morning News, The Dallas Business Journal and D Magazine. Those reports included mentions of numerous business endeavors, including the mobile shopping and price comparison phone application ShopSavvy, the technology infrastructure outsourcing company Architel, and Sumo Ventures, a venture capital firm where Muse currently works as a management consultant, according to his LinkedIn.

Muse's LinkedIn profile shows he has written a cookbook on the sous vide method and a book about business.

Muse has occasionally blended his interests: Once, he used ChatGPT to write a "parody cookbook" of insect recipes he described as "inspired by the World Economic Forum" — in line with some Republican opposition to the idea of consuming insects as a more environmentally friendly food source. He was permanently banned from Amazon's self-publishing platform because the WEF reported it as trademark infringement, according to posts on Amuse's Substack and X account.

Muse has been building an online presence for years both using his real name and, later, using "Amuse" and other pseudonyms.

In its X bio, Amuse's owner said he shifted toward anonymity in 2020 after "my tweets attracted the attention of (Black Lives Matter) and Antifa activists, culminating in a Molotov cocktail being thrown at my front door." The incident prompted him to relocate and anonymize his account, the bio said. We found no news reports about a Molotov cocktail being thrown at a Texas residence from May 2020 to August 2020; a Dallas police spokesperson said the department couldn't provide information about incidents involving Molotov cocktails without more details.

The conservative media analysis group Media Research Center reported that "Muse, tweeting as @amuse," was "permanently suspended" from Twitter in March 2021 for sharing a National Pulse article about a judge ordering a local Mississippi alderman primary election do-over because some fraudulent mail-in ballots were counted.

Sometime after Musk reinstated the account in November 2022, it shared political commentary under the handle "Politique Republic" on X and Substack. At some point between June 2023 and January 2024, the account returned to using @amuse on X. The online persona is a potential revenue stream.

The Amuse account's X Premium subscription offers followers $4 monthly subscriptions to get "bonus content." Premium also means that X's algorithm prioritizes the Amuse account's replies and grants its owner access to X's revenue sharing program, which allows viral content creators to earn money. A yearlong subscription to the "Amuse on X" Substack costs $50. It's unclear how lucrative the X revenue sharing program is for creators of Muse's size. And although he has 72,000 Substack subscribers, we don't know how many are paid subscribers.

Financial elements aside, some people use social media primarily to go viral. Users can say something engaging and hope the algorithm boosts their post, or they can find a way to get Musk's attention and promote their ideas to more than 200 million accounts.

"User behavior was always responsive to the incentives of a platform, and you have this new incentive if you want to go viral, which is just say something Musk likes," Sanderson said.

Elon Musk has promoted Amuse's false and misleading statements by reposting them. (Screenshots from X)

What role do anonymous accounts play in political discourse?
Anonymous internet accounts aren't new. Musk reposts or responds to a number of accounts whose owners are not disclosed, including Amuse, DogeDesigner, Autism Capital, Insurrection Barbie, The Rabbit Hole and Catturd.

Research suggests that most anonymous accounts are used for "protective or innocuous" reasons, but they can sometimes be run by people who use anonymity to freely say objectionable things that break social norms without consequence, said Sarah Jackson, a professor at the University of Pennsylvania's Annenberg School for Communication.

Researchers say they're becoming more intertwined with political content.

Darren Linvill, a Clemson University communication professor who studies social media disinformation's impact on civil discourse, said anonymity is a "fundamental part of the internet."

He said about 75% of politically active users on X are anonymous — and that's "up slightly from four years ago when it was about 65%."

The prominence of anonymous accounts such as Amuse or "Catturd" (@catturd2) — an X account with 3.6 million followers that's run by a man in Florida that's been reshared by Trump and Musk — is concerning, Linvill said.

"Nothing that goes by the name catturd2 should have any influence over political discourse," he said.

Prominent political figures today regularly interact with smaller and more anonymous social media accounts in ways once considered unusual, experts said.

"Two of the most powerful people in the world — Donald Trump and Elon Musk — are both prodigious social media users who are willing to pass along content from, it seems, essentially anyone, so long as they like the content," said Gordon Pennycook, a Cornell University psychology professor. "Most world leaders — and, in fact, more regular users — are far more discerning in what they pass along on social media."

For example, an anonymous account might post about fraud or wasteful government spending — something that aligns with a current Republican priority — and a conservative elite such as Musk might respond, "interesting" or "I'll look into it." In this way, engagement with the online account helps signal that there's popular support for the administration's agenda.

Often elites are "cherry-picking posts from smaller accounts that generally align with their worldview or political project," Sanderson said.

Musk — who is spearheading the Trump administration's budget-slashing efforts including sweeping Education Department cuts — amplified an Amuse account post March 17 that criticized American Federation of Teachers President Randi Weingarten's work and salary.

"Education 'executives' like Randi Weingarten make hundreds of thousands more than teachers — 8X in fact — taking home almost $600K a year and they don't teach a single child nor do they teach the teachers," the 8:10 a.m. post read. "They're leaches (sic) on the system."

Eighteen minutes later, the world's richest person reshared it, writing, "Yeah."

PolitiFact Researcher Caryn Baird contributed to this report.

RELATED: 2 weeks, 450+ posts: How Elon Musk uses his X profile to push FEMA, immigration, voting falsehoods

RELATED: How Elon Musk ditched Twitter's safeguards and primed X to spread misinformation

Our Sources
Interview with Zeve Sanderson, executive director of New York University's Center for Social Media and Politics, March 7, 2025

Email interview with Sarah Jackson, professor at the University of Pennsylvania's Annenberg School for Communication and co-director of the Media, Inequality & Change Center, March 6, 2025

Email interview with Gordon Pennycook, professor of psychology at Cornell University, March 6, 2025

Email interview with Darren Linvill, a communication professor at Clemson University and co-director of the Watt Family Innovation Center Media Forensics Hub, March 5, 2025

Email interview with Josephine Lukito, an assistant professor at the University of Texas at Austin's School of Journalism and Media, March 11, 2025

Email interview with V.S. Subrahmanian, a computer science professor at Northwestern University, Feb. 10, 2025

Email interview with Visar Berisha, the associate dean of research and commercialization at Arizona State University, Feb. 12, 2025

Email interview with Siwei Lyu, a computer science and engineering professor at the University at Buffalo, Feb. 12, 2025

Email exchange with United States Patent and Trademark Office spokesperson, Feb. 13, 2025

Email interview with Shoichi Iwasaki, professor emeritus of Asian languages and cultures, Feb. 13, 2025

Email exchange with Noriko Mori-Kolbe , a senior lecturer of Japanese at Georgia Southern University, Feb. 18, 2025

Email interview with Susanna Fessler, professor of Japanese Studies in the department of East Asian Studies at the State University of New York's University at Albany, Feb. 20, 2025

Email exchange with Jennifer Pryor, a Dallas Police Department officer, Feb. 13, 2025

Amuse Bio Link, accessed Feb. 10, 2025

Amuse on X Deep Dive Podcast, accessed Feb. 10, 2025

Amuse Substack profile, accessed Feb. 11, 2025

Amuse Substack, "On X, Truth Finds a Voice While Legacy Media Crumbles," Dec. 28, 2025

Amuse on X's YouTube account, accessed Feb. 10, 2025

Amuse's Instagram account, accessed Feb. 10, 2025

ToyoYukimura's Redbubble shop, accessed Feb. 11, 2025

ToyoYukimura's Redbubble shop, Politique Republic Logo Sticker, accessed Feb. 11, 2025

Toyotomi Yukimura's Instagram account, accessed Feb. 11, 2025

Amuse on X's YouTube channel, "#TeamAmber • We are family Ft Dr. Evil," May 20, 2022

Newsweek, Putin's Rare Comments Could Be New War Strategy, June 15, 2023

Amuse's X post, Jan. 9, 2023

Jonathan Turley's blog, Twitter permanently bans Paul Sperry after posting on the Mar-A-Lago raid, Aug. 12, 2022

Amuse on X's Substack, Twitter Operated a Modern-Day Star Chamber Working at the Behest of the Government to Silence 'Dangerous' Speech from People like Paul Sperry [UPDATED], Aug. 10, 2022

Andrew L. Sullivan's Substack, Indy Journalist Cracks Progressive Narratives, July 26, 2022

Toyotomi Yukimura's Redbubble shop, amuse on x, accessed Feb. 11, 2025

Toyotomi Yukimura's Redbubble shop, amuse on ?, accessed Feb. 11, 2025

Elon Musk's X post, Feb. 11, 2025

Elon Musk's X post, Feb. 11, 2025

Search for "@amuse" in Elon Musk's X posts, March. 21, 2025

PolitiFact, Do Elon Musk and DOGE have power to cut spending, close agencies? Feb. 7, 2025

PolitiFact, No, this photo does not show fallen Army pilot posing with Biden, Feb. 3, 2025

PolitiFact, Dean Phillips didn't win the NH primary. He said so himself. Jan. 26, 2024

OpenSea, ToyotomiYukimura profile, accessed Feb. 13, 2025

Toyotomi Yukimura's provisional patent NFT, accessed Feb. 13, 2025

Alexander Muse's LinkedIn profile, accessed Feb. 13, 2025

Amuse on X Substack, INFOGRAPHIC: Crossfire Hurricane Raid Timeline, Aug. 20, 2022

Target, Unicorn - The Startup Founder's Guide to Raising Venture Capital - by Alexander Muse (Paperback), accessed Feb. 14, 2025

Amazon, Unicorn - The Startup Founder's Guide to Raising Venture Capital, accessed March 17, 2025

Target, Sous Vide Science - by Alexander Muse (Paperback), Feb. 14, 2025

Forbes, Alexander Muse profile, accessed Feb. 14, 2025

D Magazine, Serial Entrepreneur Sells Architel, Launches Sumo Ventures, June 13, 2016

The Dallas Morning News, With another exec out at Tech Wildcatters, some worry about future of the startup accelerator, June 24, 2016

The Dallas Business Journal, Exclusive: ViewMarket makes another acquisition to pair with CultureMap, Dec. 21, 2015

The Dallas Business Journal, Exclusive: ViewMarket buys CultureMap in deal valued at $15M, April 8, 2015

The Guardian, How did Donald Trump end up posting Taylor Swift deepfakes? Aug. 26, 2024



F.X. Q

**Message about Today's DOGE Meeting** — Message (HTML)

Message   Help   Acrobat   ♀ Tell me what you want to do

elete ▾ | ▣ Archive | ⊞ Move ▾ | ⊘ Report ▾ | ↩ Reply | ↩ Reply All | → Forward | Share to Teams | All Apps | Move to ? | ✉ Mark Unread | ⚑ ▾ | ⊞ ▾ | 🔍 Find | 🔍 Zoom | ⬦ Viva Insights | ⋯

ssage about Today's DOGE Meeting

**Hamilton, Lasham**
To ● DDL-Everyone (R)                                                                                                                                    ↩ Reply | ↩ Reply All | → Forward
ention Policy   NARA Reporting Non-Capstone Officials Email Retention (7 years)                                    Expires 4/14/2032                                    Wed 4/16/20

*This message is sent on behalf of the Chairman and Acting General Counsel*

lleagues:

e Chairman, Acting General Counsel, and other agency leaders met with representatives from the Department of Government Efficiency (DOGE) this morning.  DOGE requested the meeting yesterday afternoon.  As we mentioned yesterday, prior to yesterday's request, the Agency had o ontact with any DOGE personnel.

t this morning's meeting, we met with three DOGE representatives after they completed all security check-ins required of any visitor to the agency.  We explained the Agency's important mission, discussed our organizational structure, and praised our dedicated staff and the invaluable public se ou provide.  Two DOGE representatives will be detailed to the agency from GSA part-time for several months.  We understand they will be at headquarters occasionally, but most work will be performed remotely. The representatives have requested information about agency operations but ask o remove any personally identifiable information from documents we provide.  Consistent with the President's Executive Order and applicable laws, the Agency will comply with DOGE's requests for access and information.

As always, we value you and your contributions to the NLRB and our nation.

Case 1:26-cv-01319-RC   Document 1-1   Filed 04/17/26   Page 21 of 55

Ex Y

The Wayback Machine - https://web.archive.org/web/20250415204455/https://whistleblowerai...

Whistleblowers need your support. Please donate today.
(https://web.archive.org/web/20250415204455/https://whistlebloweraid.org/donate/)

(https://web.archive.org/
web/20250415204455/
https://whistlebloweraid.
org/)

(https://web.archive.org/web/20250415204455
/https://bsky.app/profile/wbaidlaw.bsky.social)

(https://web.archive.org/web/20250415204455
/https://www.linkedin.com/company/whistleblo
wer-aid)

# Legal Documents and Disclosures

## Dan Berulis Disclosure: Cyber Security Breach and Data Exfiltration through DOGE Systems and Whistleblower/Witness Intimidation

2025_0414_Berulis Disclosure (HELP and Oversight) with Exhibits
(https://web.archive.org/web/20250415204455/https://whistlebloweraid.org/wp-
content/uploads/2025/04/2025_0414_Berulis-Disclosure-HELP-and-Oversight-with-Exhibits.pdf)

**Download
(https://web.archive.org/web/20250415204455/https://whistlebloweraid.org/wp-
content/uploads/2025/04/2025_0414_Berulis-Disclosure-HELP-and-Oversight-
with-Exhibits.pdf)**



(/web/20250415204455/https://whistlebloweraid.org/)

ABOUT (/WEB/20250415204455/HTTPS://WHISTLEBLOWERAID.ORG/ABOUT/)

CASE STUDIES (/WEB/20250415204455/HTTPS://WHISTLEBLOWERAID.ORG/CASE-STUDIES/)

BECOME A WHISTLEBLOWER (/WEB/20250415204455/HTTPS://WHISTLEBLOWERAID.ORG/BECOME-A-WHISTLEBLOWER/)

NEWS (/WEB/20250415204455/HTTPS://WHISTLEBLOWERAID.ORG/NEWS/)

DONATE (/WEB/20250415204455/HTTPS://WHISTLEBLOWERAID.ORG/DONATE/)

## JOIN OUR MAILING LIST

Stay informed by email. Do NOT use your work email.

Media Contact: press@whistlebloweraid.org (mailto:press@whistlebloweraid.org)

Follow us on Bluesky (https://web.archive.org/web/20250415204455/https://bsky.app/profile/did:plc:ngwp7ekuc5p3cpf... to stay

Report Government & Corporate Lawbreaking. Without Breaking The Law.

PRIVACY POLICY (https://web.archive.org/web/20250415204455/https://whistlebloweraid.org/privacy-policy/)

Copyright © 2025 Whistleblower Aid

**WHISTLEBLOWER** Ex Z
∕⊚ **AID**
*Report government and corporate lawbreaking.*
*Without breaking the law.*

## — PROTECTED WHISTLEBLOWER DISCLOSURE —

April 14, 2025

**VIA EMAIL**

The Honorable Bill Cassidy
Chairman, Senate Committee on Health, Education, Labor and Pensions
The Honorable Bernie Sanders
Ranking Member, Senate Committee on Health, Education, Labor and Pensions
United States Senate
Washington, DC 20510

The Honorable James Comer
Chairman, Committee on Oversight and Government Reform
The Honorable Gerald E. Connolly
Ranking Member, Committee on Oversight and Government Reform
United States House of Representatives
Washington, DC 20515

**RE: Disclosure of Cyber Security Breach and Data Exfiltration through DOGE
Systems and Whistleblower/Witness Intimidation**

Dear Chairman Cassidy, Ranking Member Sanders, Chairman Comer, and Ranking
Member Connolly:

Whistleblower Aid and Compass Rose Legal Group, PLLC jointly represent
Daniel J. Berulis, a federal employee with the National Labor Relations Board ("NLRB").
Mr. Berulis is an experienced DevSecOps Architect, spanning almost two decades of
experience guiding enterprise-scale digital transformations, enacting best practices at
scale, championing cybersecurity awareness, and enabling business objectives. Prior
to serving at NLRB, he served in positions supporting our national security, holding a
Top Secret security clearance with eligibility for access to Sensitive Compartmented
Information, commonly referred to as TS/SCI. Mr. Berulis is coming forward today
because of his concern that recent activity by members of the Department of
Government Efficiency ("DOGE") have resulted in a significant cybersecurity breach
that likely has and continues to expose our government to foreign intelligence and our
nation's adversaries.

**Whistleblower Aid is a U.S. tax-exempt, 501(c)(3) organization, EIN 26-4716045.**
**https://WhistleblowerAid.org** — Anonymously via **Tor Browser**:
http://p6ufg73qskew53cglxt6hktyt35rbl46yultzyuytq3tvicywa3pclid.onion
Contact via **SecureDrop** over Tor: http://whistifeblraid.securedrop.tor.onion — via **Signal App**: +1 201-773-1371

1

**WHISTLEBLOWER**
**AID**
*Report government and corporate lawbreaking.*
*Without breaking the law.*

Included at Exhibit "A" is a sworn declaration Mr. Berulis prepared for your review. This declaration details DOGE activity within NLRB, the exfiltration of data from NLRB systems, and – concerningly – near real-time access by users in Russia. Notably, within minutes of DOGE personnel creating user accounts in NLRB systems, on multiple occasions someone or something within Russia attempted to login using all of the valid credentials (eg. Usernames/Passwords). This, combined with verifiable data being systematically exfiltrated to unknown servers within the continental United States – and perhaps abroad – merits investigation. Included at Exhibit "B" are select screenshots of technical data for your review. As you are certainly aware, the practical, legal, and national security implications of such an intrusion are vast. At bare minimum, the conduct here violates the Federal Information Security Modernization Act ("FISMA") and guidelines set forth by the Cybersecurity and Infrastructure Security Agency ("CISA") and National Institute of Standards and Technology ("NIST"). Moreover, this breach – at the very least – exposes Privacy Act-protected information.

Furthermore, on Monday, April 7, 2025, while my client and my team were preparing this disclosure, someone physically taped a threatening note to Mr. Berulis' home door with photographs – taken via a drone – of him walking in his neighborhood. The threatening note made clear reference to this very disclosure he was preparing for you, as the proper oversight authority. While we do not know specifically who did this, we can only speculate that it involved someone with the ability to access NLRB systems. This "meat space" action – where a threat was physically delivered to my client's home – is absolutely disturbing in its manner and the implications suggested therein. Accordingly, and we have been and will continue to be coordinating with appropriate law enforcement agencies.[1]

Given the aforementioned, we request that both law enforcement agencies and Congress initiate an immediate investigation into the cybersecurity breach and data exfiltration at NLRB and any other agencies where DOGE has accessed internal systems.

---

[1] This conduct is a violation of 18 U.S.C. § 1512, Tampering with a witness, victim, or an informant. Furthermore, because my client is a lawful whistleblower and a prospective congressional witness, any threats to influence, obstruct, or impede my client's cooperation is a violation of 18 U.SC. § 1505, Obstruction of proceedings before departments, agencies, and committees. Finally, reprisal against my client for this disclosure and cooperating with an investigation or inquiry would be a violation of 18 U.SC. § 1513, Retaliating against a witness, victim, or an informant and 5 U.SC. § 2302, Prohibited personnel practices.

**WHISTLEBLOWER**
**✺ AID**

*Report government and corporate lawbreaking.*
*Without breaking the law.*

We look forward to meeting with your office as soon as possible to discuss next steps and to provide additional, clarifying information during the investigative process.

Sincerely,

Andrew P. Bakaj, Esq.
Chief Legal Counsel
Andrew.Bakaj@ValuesUnited.org

Enclosures: As stated.

3

# EXHIBIT "A"

**DECLARATION OF DANIEL J. BERULIS**

I, Daniel J. Berulis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.   I am a person over eighteen (18) years of age and competent to testify. I make this declaration based upon my personal knowledge and experience at the National Labor Relations Board ("NLRB") and my analysis of the Department of Government Efficiency ("DOGE") obtaining access to sensitive U.S. Government systems. This declaration is prepared in support of my lawful whistleblower disclosure.

2.   I am a civilian federal employee currently serving at the NLRB. Prior to this position, my resume reflects the experience of a DevSecOps Architect spanning almost two decades of experience guiding enterprise-scale digital transformations, enacting best practices at scale, championing cybersecurity awareness, and enabling business objectives.

3.   Throughout my career I served as a technical consultant, including auditing and modernizing corporate systems. My background includes cloud architecture, infrastructure, security, and automation. I am certified in both Azure and Amazon Web Services and have worked as both a consultant and engineer for major technology leaders like Google and AWS. I have helped organizations modernize their environments through cloud adoption, governance frameworks, and DevOps best practices. My work often includes high-level coordination with executive teams, establishing red-blue war game security events, and building cross-functional teams to align IT capabilities with mission-critical goals. Having worked at sensitive U.S. Government institutions, I have held a Top Secret security clearance with eligibility for access to Sensitive Compartmented Information, commonly known as TS/SCI.

4.   In addition to my professional work, I have served my community through volunteer firefighting and crisis counseling. Because of my dedication to public service and our national

1

security,  I made a choice to use my technology acumen to give back to my country by joining the public sector and serving the nation as a civil servant. Outside of work, I am an active member of two cross sector councils in InfraGard, the coalition against human trafficking, and committee for responsible use of Artificial Intelligence. I fill my remaining free time as a volunteer educator with the Microsoft TEALS program, where I help bring IT education in an accessible and secure manner to those less fortunate.

5.   During the week of Feb 24-28, 2025, Richard Troutman, my direct supervisor, the Assistant Chief Information Officer ("ACIO"), called and told my team that Prem Aburvasamy, the Chief Information Officer ("CIO"), wanted "bodies in chairs" in the office (ie. employees physically in the office) because members of a DOGE team were arriving the following week. We were also informed that in anticipation of their visit, DOGE engineers wanted to know what software, hardware, programming languages, and applications NLRB was using. They also wanted to know whether the agency primarily works in the cloud or stores data on remote servers that can be accessed from anywhere with the proper credentials and a security access card, rather than on physical servers located at our offices.

6.   On or around March 3, 2025, we saw a black SUV and police escort enter the garage, after which building security let the DOGE staffers in. They interacted with only a small group of NLRB staff, never introducing themselves to those of us in Information Technology.

7.   March 3rd - I received a call during which an ACIO stated instructions were given that we were not to adhere to SOP with the doge account creation in regards to creating records. He specifically was told that there were to be no logs or records made of the accounts created for DOGE employees. DOGE officials required the highest level of access and unrestricted access to internal systems. They were to be given what are referred to as  "tenant owner" level accounts,

2

with essentially unrestricted permission to read, copy, and alter data. Note, these permissions are above even my CIO's access level to our systems. Well above what level of access is required to pull metrics, efficiency reports, and any other details that would be needed to assess utilization or usage of systems in our agency. We have built in roles that auditors can use and have used extensively in the past but would not give the ability to make changes or access subsystems without approval. The suggestion that they use these accounts instead was not open to discussion.

For background: In Azure, myself and others request privileged access via a predetermined time window tool which requires both approval and a reason to be given each time to track actions and record keeping. The highest level I can request is the Global Admin role 1hour at most. Global Admin is like the CEO of a small company within part OF a building. They control users, apps, and services like Teams, and SharePoint. Tenant Admin however possesses the owner or 'root-level controller' rights of the Azure tenant and ALL resources within it. This access is akin to the owner of the entire building that the company works in. This importantly includes the keys to the data center and all locked doors, building sign in logs, plumbing, and security cameras ( IE. logs).  Tenant admin accounts that are compromised typically are leveraged by attackers to perform various actions and hide them from defenders and would give a traditional bad actor the ability to destroy an entire organization in seconds with only Microsoft being able to stop them. A typical scenario is the account is used to create new Azure subscriptions that don't show up under the standard dashboards and don't show up in other subscription's billing or resource lists. These hidden subscriptions typically are used by attackers to host: Virtual machines or containers, storage accounts, and secret apps or workloads till someone notices. These can persist months at a time without anyone catching it.

More important to note is that in an attacker situation the tenant admins can lock down access control (the ability to even see them when looking directly where they are) to these resources, global admins or anyone else trying to search won't even know they exist. They can restrict log visibility, delay retention, route logs elsewhere, or even remove them entirely in some applications. According to Microsoft documented best practices tenant admin permissions should never be assigned to auditors because it can mask actions like creating or deleting accounts, changing role assignments, or altering policies and far exceeds any legitimate job need. It's impossible with my level to tell which accounts they used or which were created for them, or when. Although they may have had new accounts created, then deleted after, our latest SCuBA (Secure Cloud Business Applications) using CISA's tool showed 2 extra high level permission accounts that we did not know the origin of as well. One named 'NLRB Admin', and another with a generic admin name.

7(cont.) - In the same conversation it was conveyed that we were to hand over any requested accounts, stay out of DOGE's way entirely, and assist them when they asked. We were further directed not to resist them in any way or deny them any access. My team and I were also told that DOGE personnel might be interviewing NLRB employees in the building that week. However, this never occurred. Not with anyone I work with in the OCIO (Office of the Chief Information Officer).

8.  On or about March 4, 2025, I discussed with Charnee Ball, our security analyst and the other cloud administrator, David Holland, about a discovery of an anomalous "container" record and unexpectedly expired storage tokens. A "container" is basically an opaque, virtual node that has the ability to build and run programs or scripts without revealing its activities to the rest of the network. This aligns with the desire of the attackers to work invisibly, leaving little to no

obvious trace of their activities once removed. Moreover, during the same time window unknown (or deleted) accounts created access keys for resources in the subscriptions under the tenant. We specifically notated a Shared Access Signature ("SAS") token which provides access to storage accounts. This token was odd and stood out to us because it deviated from standard in one way. It was configured to expire quickly after creation and use, making it harder to gain insight into what it was used for during its lifetime, ostensibly to hide any activity. We had no tools between us to track what they did with it despite pulling in other agency resources to aid us.

9. On or about March 5, 2025, I took note of an anomaly during the normal course of my duties. There was a large section of missing records in relation to recently created network resources and a network watcher in Azure was in the "off" state, meaning it wasn't collecting or recording data like it should have. Following up, I inquired with the application development team I happened to be on a call with when I discovered this anomaly if they had noticed anything off lately, and they mentioned that they noticed some odd activity on the Nxgen database itself. Upon review, and with assistance from me, as well as my co worker we were all unable to gather logs associated with that time window . This includes the record of access and events typically used to troubleshoot issues and other than a disaster situation this should not occur in Azure. I initially assumed that these events were connected to our ACIO of development, Hari Sharma, or his leads who have elevated permissions working on ancillary directives. At a later date, I was able to validate this was not the case.

10. On or about March 5, 2025, I took note of another odd event in the data transferred out of our network on the Palo Alto ethernet interface. There was a large spike in outgoing with no corresponding inbound (Which you would see in patching, or expect in other normal situations). See the following image:

5



11. No major alerts were triggered during this time that we had a record of, but I saw an increase in DNS requests by an order of magnitude when working with a co worker to try to track down what the data spike was from. I was unable to get more specifics as we lacked any advanced internal threat detection tools that could be used to analyze at the time. NOTE: policies on advanced internal threat detection were not present and/or mature at this point. My CIO has done a great job of enabling these now at our request and has always done an above average job at ensuring our systems are safe from external threats. Overall we rank higher than most agencies on our external security score. People who access these internal systems are normally required to have a very intense background check and trust granted by the DCSA.

12. On or about March 6, 2025, at least one account's naming structure suggested that it might have been created and later deleted for DOGE to use in the NLRB's cloud systems, hosted

6

by Microsoft: "DogeSA_2d5c3e04446f9@nlrb.microsoft.com." This has to be looked into and further investigated. We currently have too many generic administrative accounts that access is not audited on (or at least a manual review does not take place) and could have been used to create or delete these as well. I also noticed an unexpected RBAC change in Entra, and it appeared MFA in o365 was not in the expected state of protection. Put differently and in layman's terms, someone or something had to have manually modified the permissions of a now missing account in a way that you would only see executed in a script, not at all how we normally manage these permissions and nothing we currently use. Also finding the o365 multi-Factor authentication requirements disabled for mobile devices was odd because we have a mandate that it be on, and that is the first time I have ever seen it in an off state.

13. On or around March 6, 2025 - Various end users had reported login issues to the service desk and, upon inspection, I found some conditional access policies were updated recently. This is noteworthy because conditional access policies in Azure are rules that require users to meet a specific condition in order to access a resource within Azure. For example: If a user wants to access an application or service like Outlook web access, then they must perform multi-factor authentication prior to gaining access. These policies that had been in place for over a year were suddenly found to have been changed with no corresponding documentation or approvals. Upon my discovery of these changes, I asked the security personnel and information assurance team about it, but they had no knowledge of any planned changes or approvals.

14. On March 7, 2025, I confirmed with the lead developer of the Missions Systems and Admin Systems teams that they did NOT use "containers" at all – even in development work. I asked various privileged users who could have the access to do so if they were making untracked changes to resources in an effort to try to account for billing anomalies. In my investigation,

7

Billing rates grew 8% month over month, but there were no new resources included in the report. This was odd, as an increase in spend generally corresponds to an increase in resources. A spike in cost without new resources typically indicates that either a high cost resource has been created, used, and quickly removed, or existing resources have been changed to higher cost usage without approval.

15. On or about March 7, 2025, I found Advanced threat hunter records that indicated 3 downloads of external github libraries that we at NLRB do not use nor do any of our contractors. Advanced threat hunting records are query-based threat hunting tools that let you explore up to 30 days back of raw data for indicators of compromise/breach/penetration/exfiltration etc. One can use these to proactively inspect events in their network to locate threat indicators and entities that typically align with industry accepted indicators of malicious actions. The reason these results stood out is that all of our development goes through a tool called "Azure devops" and is installed via pipelines (Automated processes without user input) during the build process. This does not require manual downloads at any point and we don't have a reason to use these libraries. The report seemed to strongly indicate that the downloads were programmatic and not manual in nature, for example the "-noprofile" flag was used. A "-noprofile" Flag means the command would start with a clean, default configuration, as typically used as a smaller section of a larger automated script for example.. I did not have the ability to determine which users due to apparent permissions restrictions.

16. On or around March 10th - I noticed and noted that the controls that would prevent insecure or unauthorized mobile devices from logging into our tenant are disabled in Azure Purview. In addition, outside of expected baselines and with no corresponding approvals or records I could find I noted the following; an interface exposed to the public internet, a few

8

internal alerting and monitoring systems in the off state, and multi-factor authentication changed. According to one of the mission systems lead developers in the same time window there was record of a manual download of a "user roster," from the database, a file with contact information for respondents and outside lawyers who have worked before the NLRB. Using security.microsoft.com I was able to query previous activity and identified external libraries that are used to automate tasks, and a library that is used "to utilize AWS API Gateway's large IP pool as a proxy to generate pseudo-infinite IPs for web scraping and brute forcing." (From their github readme)

17. There was also a tool that could generate IP addresses for web scraping and brute forcing, also known as requests-ip-rotator. I also saw a headless browsing tool called "browserless." I do not know the ultimate destination of the data that was exfiltrated.

18. I started tracking what appeared to be sensitive data leaving the secured location it is meant to be stored. I initially saw gigabytes exiting the NxGen case management system "nucleus," within the NLRB system, and I later witnessed a similar large spike in outbound traffic leaving the network itself. From what I could see the data that was being exfiltrated added up to around 10 gigabytes– in the case that the data was almost all text files it would be the equivalent of a full stack of encyclopedias worth if someone printed these files as hard-copy documents. It is unclear which files were copied and removed, and I've tried multiple routes to prove this was not an exfiltration event but none have yielded fruit and some have been stopped outright. I also don't know if the data was only 10gb in total or whether or not they were consolidated and compressed prior. This opens up the possibility that even more data was exfiltrated. Regardless, that kind of spike is extremely unusual because data almost never directly leaves NLRB's databases.

9

19. That same day on March 7, 2025, I mentioned to Prem Aburvasmy, our CIO that based upon what I had found, I was worried about the potential of agency data leaving the system without us knowing, and I outlined my frustration with our capabilities to monitor this. I showed him the indicators I had gathered by this point and voiced my concern about the strong indication that someone or something has run a program that was used to offload case-related data and seemingly make detection harder to do. I told him as such, it is very possible that the exfiltrated data included sensitive information on unions, ongoing legal cases, and corporate secrets – data that had anything to do with making the government more efficient or cutting spending. After reviewing all the evidence gathered across teams/departments with me, the CIO came to the conclusion that it seemed likely that the case data was involved. Being the leader he is he took my concerns seriously, accepted we might not be able to ever find out the answers he proactively put together a leadership group containing all ACIO's, Security Analysts, deputy ACIOs, and myself (About 10 in total) to discuss insider threat response on an ongoing cadence and how we could get better at detecting it.

20. Going forward after this, the team met every Friday and continue to do so to this day. During one of these meetings, it was confirmed that our team did not have the technical capability to detect or respond in real time to internal threat actors, and that we likely did not have the ability to obtain more details about the past events. With that said, we did identify measures and shifted budget to allow for better tooling going forward. I commend his efforts and this has vastly improved our detection and logging so we can provide more concrete evidence if covert exfiltration occurs by an insider threat again. We also shut down a public endpoint and corrected rogue policies that had been altered to allow much broader traffic in/out of our network.

10

21. On or about March 11, 2025, NxGen metrics indicated abnormal usage at points the prior week. I saw way above baseline response times, and resource utilization showed increased network output above anywhere it had been historically – as far back as I could look. I noted that this lined up closely with the data out event. I also notice increased logins blocked by access policy due to those log-ins being out of the country. For example: In the days after DOGE accessed NLRB's systems, we noticed a user with an IP address in Primorskiy Krai, Russia started trying to log in. Those attempts were blocked, but they were especially alarming. Whoever was attempting to log in was using one of the newly created accounts that were used in the other DOGE related activities and it appeared they had the correct username and password due to the authentication flow only stopping them due to our no-out-of-country logins policy activating. There were more than 20 such attempts, and what is particularly concerning is that many of these login attempts occurred within 15 minutes of the accounts being created by DOGE engineers.

22. On or about March 13, 2025, a connection record in network watcher showed data to an unknown external endpoint. Our network team asked to pull connection logs, but they were unable to.

23. On March 17, 2025, our network team reported no analysis of outbound traffic can be done due to misconfigured or missing tools. Meaning we were prevented in our attempts to determine what data was removed exactly.

24. On March 19, 2025, I noticed spikes in billing in Mission Systems related to storage input/output and resources previously associated with projects but no longer found in azure such as to indicate resources may have been deleted or short lived.

11

25. During the week of March 24, 2025, the ACIO of Security Chris L. concluded that following a review of data, we should report it. In the government there is a team within CISA that is called us-cert. They act as a quick response deployable resource interagency. They normally go in and gather forensic data related to any security incidents like the one in 2016 at OPM. He determined a us-cert report would be needed to flesh out the totality of the breach  as it met the criteria to trigger our standard operating procedure regarding theft of data. Accordingly, we launched a formal review and I provided all evidence of what we deemed to be a serious, ongoing security breach or potentially illegal removal of personally identifiable information from our Nxgen system and the external network transfer. This is a very vital step because even if somehow all the events are unrelated statistically improbable coincidences this team could help us determine the root cause of each of the digital indicators. Again, the ACIO took this action because, based upon the information we had at the time, the suspicious activity warranted further investigation by agencies with more resources, like the us-cert team or the FBI.

26. Between April 3-4, 2025, ACIO of security and I were informed that instructions had come down to drop the US-Cert reporting and investigation and we were directed not to move forward or create an official report.

27. While tooling is immature, and without the presence of a SEIM (Security Event and Incident Management) combined with the missing logs and disabled tooling, it is impossible to definitively prove what data exactly was. However, based upon my training and experience, and when looked at the data holistically, a reasonable conclusion would be that this is an indication of a data breach facilitated by an internal actor. This aligns directly with behavior of attackers according to the MITRE ATT&CK Framework and are the exact behaviors (Indicators of Compromise) of one who was trying to erase records of activities, retard detection, and covertly

12

hide what data was being extracted after the fact. The hallmarks of a traditional cybersecurity incident are typically those which have been recorded and temporal causality increases the likelihood. This combined with the events outside of Azure could and should lead one to conclude that there was access to confidential, protected, and sensitive data, the removal of which compromised its integrity, and confidentiality. The one database involved contains not only PII of claimants and respondents with pending matters before the agency, but also many other businesses confidential internal processes and information gathered or provided during investigations and litigation that were not intended for public release. The actions could only have been performed by someone who had higher level permissions than the entire OCIO except a handful (3) highly audited accounts. These were confirmed to have not lined up with any of the above activities.

28. I am submitting the above factual recitation not because I was able to make definitive conclusion on my own, but that based upon my knowledge, training, and experience there are a significant number of red flags that could lead to the reasonable conclusion I came to, above, which I submit should be investigated and tested thoroughly and appropriate action taken in accordance with the law. Please note, to the extent possible, I stress-tested all of the data and information I reviewed to try and prove my hypothesis wrong. l I intend to supplement this disclosure as appropriate to further ensure all investigative bodies have the necessary evidence to conduct a comprehensive investigation.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above statement are true to the best of my knowledge.

Date: April 14, 2025

13

*Daniel Berulis*

_____

Daniel J. Berulis

14

# EXHIBIT "B"











- **NxGenBdoorExtract Public**

  Mission 2 appliance.





JavaScript  1  MIT License Updated Mar 2, 2023

- **Jomanw Public**

  Config files for my GitHub profile.

  config github-config
  Updated Dec 4, 2022

- **whisper-finetuning Public**

  Forked from openai/whisper

  Robust Speech Recognition via Large-Scale Weak Supervision - Fine-tuning of the Whisper model

  Jupyter Notebook  1  MIT License Updated Oct 22, 2022

- **hugo-website Public**

  Forked from dillonzq/Lovelt

  Personal website

  JavaScript  MIT License Updated Aug 31, 2022

- **nft-drop-starter-project Public**

  Forked from buildspace/nft-drop-starter-project
  JavaScript  1 Updated Dec 7, 2021

- **aws-sdk-js-v3-s3-vercel-example Public**

  Forked from dyarleniber/aws-sdk-js-v3-s3-vercel-example

  Example of how to upload a public image to amazon S3 using the aws-sdk-js-v3 on Vercel.

  JavaScript  1 Updated Jan 20, 2021

- **NxGenBdoorExtract Public**

  Mission 2 appliance.

User | m365 | Activ | Per-u | Cond | Oven | install | edge | sdlc | safe +

de/~/Audit/groupId/75e9369e-69e7-4313-8a73-05bcc1e598e9

Copilot

n Users

# Audit Log Details

Activity    Target(s)    Mo    Properties

## Activity

| | |
|---|---|
| **Date** | 3/5/2025, 10:23 AM |
| **Activity Type** | Remove Member |
| **Correlation ID** | 2478a917-160f-4b9d-b4b0-a0269d5cc81b |
| **Category** | GroupManagement |
| **Status** | success |
| **Status reason** | |
| **User Agent** | |
| **Initiated by (actor)** | |
| **Type** | User |
| **Display Name** | |
| **Object ID** | d93f17a0-97e4-4302-9da3-91af0d7b04a4 |
| **User Principal Name** | DogeSA_2d5c3e0446f9@nlrb.onmicrosoft.com |
| **Additional Details** | |
| **GroupType** | |

Category

GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement
GroupManagement

nage view ∨ | Go

e to leave the preview.

month    Service : All



## More information about your report.

message

‹ <notify@x.com>
ˈo: daniel Berulis <daniel.berulis@googlemail.com>

Tue, Apr 29, 2025 at 7:04 PM



Hello,

After reviewing the available information, we want to let you know elonmusk hasn't broken our safety policies. We know this isn't the answer you're looking for. If this account breaks our policies in the future, we'll notify you.

You can block the account, which means they won't be able to follow you, see your posts, or message you.

Reports like this inform our policies, and we're always reviewing them and how we apply them. We hope you'll continue to make reports if you see things that might break our policies.

Here's a summary of what isn't allowed on X, according to our safety policies.

- Threatening violence against someone or a group of people
- Celebrating or praising violence
- Harassing someone or encouraging people to harass someone
- Wishing harm on someone
- Promoting violence, threatening, or harassing people because of their identity (like race or gender)

- Promoting or encouraging suicide or self harm
- Images or videos that show sexual violence and assault
- Child sexual exploitation
- Threatening or promoting terrorism or violent extremism

We know we don't always get it right. So if you think we made a mistake, you can report them again.

Thanks,
X