

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL BERULIS,　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　\*
　　Plaintiff,　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　\*
　　v.　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　\*　Civil Action No. 1:26-cv-01319-UNA
ELON MUSK,　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　\*
　　Defendant.　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　\*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH
PREPUBLICATION REVIEW OBLIGATIONS AND
NOTICE TO UNSEAL COMPLAINT**

Plaintiff Daniel Berulis, respectfully submits this Notice to inform the Court that he

has satisfied the prepublication review obligations referenced in his Motion For

Leave to File Complaint Under Seal (Docket item # 3), and respectfully requests

that the Court unseal the Complaint.

**REQUEST TO UNSEAL**

The conditions described in Plaintiff's Motion to File Complaint Temporarily

Under Seal have been satisfied. The Complaint was submitted to Plaintiff's

cognizant security authority and the Defense Office of Prepublication and

Security Review (DOPSR). After multiple exchanges in which Plaintiff explained

the nature of the information (unclassified information unrelated to his current

national security position), the nature of the document (a federal court complaint

with attachments), and the reason for the request (an overabundance of caution

RECEIVED

MAY 2 2 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

despite his belief that prepublication review was not required), the DOPSR Policy and Books Team Lead sent an email to Plaintiff declining to review the document and so informed her Chief, who did not respond to the email. Plaintiff has now performed his due diligence in accordance with his non-disclosure agreement, and continued sealing serves no legitimate purpose. Plaintiff accordingly rescinds his request that the Plaintiff's Complaint be filed under seal and stipulates to its filing on the public docket, along with this document and the accompanying copy of the original "Plaintiff's Motion to File Complaint Temporarily under seal pending prepublication review".

Dated: May 22nd, 2026

Respectfully submitted,

Daniel J. Berulis

[Address filed under seal]