**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL BERULIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-CV-01319-UMA |
| | * | |
| ELON MUSK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO FILE COMPLAINT TEMPORARILY UNDER SEAL PENDING PREPUBLICATION REVIEW

Plaintiff Daniel J. Berulis, proceeding pro se, respectfully moves this Court to permit temporary filing of the Complaint under seal, and in support states as follows:

1.

Plaintiff is an active security clearance holder. As such, Plaintiff is subject to prepublication review obligations that require submission of certain materials to the relevant agency review authority prior to public disclosure.

2.

The statute of limitations on Plaintiff's defamation claim expires on April 19, 2026. In order to preserve his claims, Plaintiff must file today, April 17, 2026.

3.

Plaintiff has not yet completed prepublication review of the Complaint. Plaintiff intends to submit the Complaint for prepublication review immediately upon filing and will seek the reviewing authority's clearance on an expedited basis given the circumstances.

**RECEIVED**

MAY 22 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**4.**

Plaintiff respectfully requests that the Court maintain the Complaint under seal temporarily, until prepublication review is completed and the reviewing authority confirms that no classified or protected information is contained therein, at which time Plaintiff will promptly notify the Court and request that the seal be lifted.

**5.**

Plaintiff does not believe the Complaint contains classified information, but files this motion out of an abundance of caution to comply with his prepublication review obligations while preserving his legal claims within the applicable limitations period.

**6.**

No prejudice will result to Defendant from temporary sealing, as Defendant will be served in the ordinary course once prepublication review is complete and the seal is lifted.

Dated: April 17, 2026

Revised: May 22, 2026

Respectfully submitted,

/s/ Daniel J. Berulis

Daniel J. Berulis

Plaintiff, pro se