**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANIEL BERULIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 1:26-cv-01319-RC |
| ELON MUSK, | * |
| | * |
| Defendant. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION FOR CM/ECF USER NAME AND PASSWORD**

Plaintiff hereby respectfully requests from this Court permission to file documents electronically via ECF and to access other filed documents in the same manner.

Plaintiff has reliable and regular access to the internet at his residence and routinely transmits and receives documents electronically. Plaintiff has the capacity to file documents with the Court and to receive filings from the Court electronically on a regular basis. Plaintiff has successfully completed the entire Clerk's Office online ECF V2 tutorial located at media.dcd.uscourts.gov/ecf2d/ . Plaintiff does not have Netscape Navigator as the tutorial suggested but will be able to adjust accordingly.

Plaintiff has good cause to request this relief. To date he has utilized paper and direct filings, but he anticipates that such will be increasingly logistically infeasible as the case progresses. Administrative time of the parties and the Court would be significantly reduced if Plaintiff is permitted to use the Court's ECF system, and Defendant would


**RECEIVED**

JUNE 3 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

incur no prejudice. It is therefore in the interest of maximizing judicial economy for the

Court to grant this request.

A proposed Order also accompanies this Motion.

Dated: June 3, 2026

Respectfully submitted,

_____

Daniel J. Berulis

Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 6/3/2026, a copy of the Motion was filed with the court via the Clerk's office. Because Defendant has not yet been served with process in this action and no attorney has entered an appearance on Defendant's behalf, no service of this motion on Defendant is possible or required at this time.

_____

Daniel J. Berulis