**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DANIEL J. BERULIS,                              *
                                                *
              Plaintiff,                         *
                                                *
       v.                                        *
                                                *       Civil Action No.: 1:26-cv-01319
ELON MUSK,                                       *
                                                *
              Defendant.                         *
                                                *
*       *       *       *       *       *       *       *       *       *       *       *

## ORDER

    Upon consideration of Plaintiff's Motion for CM/ECF User Name and Password, it is this _____ day of _____ 2026, hereby

    ORDERED, that Plaintiff's Motion is granted; and

    ORDERED, that a CM/ECF user name and password for use only with this case be established for the Plaintiff.

_____
UNITED STATES DISTRICT JUDGE