**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL BERULIS,                              *
                                             *
          Plaintiff,                         *
                                             *
     v.                                      *
                                             *  Civil Action No. 1:26-cv-01319-RC
ELON MUSK,                                   *
                                             *
          Defendant.                         *
                                             *
  *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFFS NOTICE OF ERRATA**

Plaintiff, hereby files the following exhibits, which are referenced in the Complaint

(Docket item # 1) but were not included in the original filing:

1)  Exhibit G**:** Prince William County Police Department case report number

     PD250013793-001, referenced in section 33. This exhibit should be paired

     with docket item #1 and was included as part of the service package to be

     delivered to the defendant.

2)  Exhibit A: Screenshot of Defendant's post on Twitter dated April 20, 2025,

     referenced throughout the complaint. This exhibit was inadvertently

     omitted by Plaintiff  and was included as part of the service package to be

     delivered to the defendant.

These exhibits are submitted to complete the record and should be considered part of the

Complaint as originally filed.

Dated: June 5, 2026



RECEIVED

JUN 5 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

_____

Daniel J. Berulis

CERTIFICATE OF SERVICE

I hereby certify that on 6/5/2026, a copy of this notice was filed with the court via the Clerk's office. Because Defendant has not yet been served with process in this action and no attorney has entered an appearance on Defendant's behalf, no service of this motion on Defendant is possible or required at this time.

_____

Daniel J. Berulis