

# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

**Ex. G**

## Case Report - PD250013793-001

## Administrative Information ──────────────

Case No.  PD250013793-001

Reporting Agency:

Subject:  VEHICLE

Report Type:

Disposition:  Inactive

Reported Date:  4/20/2025 5:25:28 PM

Reporting Officer:  Sullivan, Emily K

Shift:  Patrol-C/East

Assisted By:

Occurred On:  4/20/2025 4:00:00 AM

　　or between: 4/20/2025 4:20:00 PM

Offense Add ███████████████

　　City, State, ██████████████

Location Name:

Body Camera Video/Audio:  Y - Yes

Exception:

Body Worn Camera Notes:

Area-Sector-Beat:  EAST B11

Related Cases:

## Offense(s) ──────────────

Offense:   DESTRUCTION/DAMAGE/VANDALISM OF PROPERTY (EXCEPT ARSON AND GRAFFITI)

Attempted Included:

Code Section:

Offense Type:

Class:

Conspiracy Included:

Solicitation Included:

Cargo Theft:

Tools:

Location Type:  Residence/Home

Completed:  Yes

Hate/Bias:  None (No Bias)

Domestic Violence:

Using:  Not Applicable

Type Security:

Entry:　　　　　　Exit:

How Left Scene:



**PRINCE WILLIAM COUNTY POLICE DEPARTMENT**

**Case Report - PD250013793-001**

# Victims

## BERULIS, DANIEL

| Victim Type: | Victim Of: | Date of Birth: | SSN: | Sex: |
|---|---|---|---|---|
| Individual | DESTRUCTION/DAMAGE/VANDALISM OF PROPERTY (EXCEPT ARSON AND GRAFFITI) - 290 | ███████ | ███████ | Male |

| Height: | Weight: | Race: | Ethnicity: | Juvenile: |
|---|---|---|---|---|
| | | White | N - Not Hispanic or Latino | N - No |

| DL #: | DL State: | DL Country: | Resident Status: |
|---|---|---|---|
| ███████ | ███████ | United States of America | Resident |

| Place of Birth: | Eye Color: | Hair Color: | |
|---|---|---|---|
| | | | |

| Facial Hair: | Complexion: | Build: | |
|---|---|---|---|
| | | NATIONAL LABOR RELATIONS | |

| Clothing: | Occupation: | Employer/School: | Injuries: |
|---|---|---|---|
| | | | |

| Will Testify? | Circumstances: | Justifiable Homicide? | |
|---|---|---|---|
| | | | |

| Notes: |
|---|
| |

## Addresses

| Address Type | | City, State, Zip |
|---|---|---|
| H - Home | ████████████ | █████████ |
| PWC | | |

## Phones

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ████████████ |

## Emails

| Email Address |
|---|
| |



# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

## Others

**BAKAJ,** ████████████

| | | | Sex: Male | █████████████ |
|---|---|---|---|---|

| Ethnicity: Not Hispanic or Latino | DL #: ██████ | D██ Virginia | DL Country: United States of America | Resident Status: Nonresident |
|---|---|---|---|---|
| Place of Birth: ███████████ | | | | Juvenile: N - No |
| Facial Hair: | Complexion: | Build: | | |
| Clothing: | Occupation: | Employer/School: COMPASS ROSE LEGAL | Injuries: | |
| Will Testify? | Witness Statement Attached? | | | |
| Notes: | | | | |

| Address Type | ███████████ | ███████████ |
|---|---|---|
| H - Home | | |
| USA - United States of America | | |

## Phones

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ███████████ |

## Property

## Copper Theft Information

**Type of Copper:**

**Amount Taken:**

**Was it Used/Installed?**

**How was it packaged?**

**Barcode Labels:**

Version Control:08-15-16-12:00-JD



# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

**Wire Size:**

**Wire Jacket Color:**

**Numbers on Wire Jacket:**

**Photos Taken?**

# Other Property

| | | |
|---|---|---|
| **Property:** | Automobile (not Stolen or Recovered) | **Bicycle Make:** |
| **IBR Type:** | 03 | **Bicycle Model:** |
| **UCR Type:** | | **Bicycle Speed:** |
| **Offense:** | DESTRUCTION/DAMAGE/VANDALISM OF PROPERTY (EXCEPT ARSON AND GRAFFITI) - 290 | **Bicycle Wheel Size:** |
| **Description:** | | **Color:** |
| **Veh Description:** | 2017 BLUE KIA OPTIMA BEARING GA | |
| **License No:** | ███████ | **Veh Type:** |
| **Property Sta** ████████ /Vandalized | | **Veh Year:** 2017 |
| **Count:** | | **Odometer Reading:** |
| **Value:** | ████████ | **Body Style:** |
| **Manufacturer:** | | **Plate Number:** |
| **Model:** | | **License State:** |
| **Serial No:** | ████████ | |
| **Owner Applied #:** | | **Boat Name:** |
| **Finish:** | | **Boat Type:** |
| **Condition:** | | **HIN:** |
| **Identifying Marks:** | | **Hull Shape:** |
| **VCIN/NCIC Entry?** | N - No | **Propulsion:** |
| **Entered By:** | | **Boat Length:** |
| **Entered On:** | | |
| **Recovered Date:** | | **Evidence Tag:** |
| **Owner:** | V - BERULIS, DANIEL | **Property Alert:** |
| **Disposition:** | | **Notes:** |

# Stolen Auto Information

**Veh Locked?**

**Veh Alarm System:**

**LoJack:**

**On*Star:**

Version Control:08-15-16-12:00-JD



# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

**Other Security Measures:**
**Sets of keys:**
**Can owner account for all keys?**
    **If No, Explain**
**# Tags on Vehicle:**
**Pre-Existing Damage:**
**Veh Operational?**
**Anyone with permission to drive the veh?**
    **If so have they been contacted?**
    **Does the individual intent to return the veh?**
**Financial State:**
**Who is Lien Holder?**
**How much owed?**
**Payments up to date?**
**How far behind? (Months)**
**Vehicle Insured?**
**Insurance Co:**
**Type of Insurance:**
    **Explain:**
**Evidence at Scene: (glass, tools…)**
    **Explain:**
**Canvass Conducted?**
    **If NO explain:**

# Recovered Stolen Auto Information

| | |
|---|---|
| **Was the veh recovered utilizing?** | |
|     **Explain** | |
| **Was the veh drivable?** | |
| **Were the keys recovered with the veh?** | |
| **Was ignition intact?** | |
| **Were parts missing from the veh?** | |
|     **If so, Explain:** | |



## PRINCE WILLIAM COUNTY POLICE DEPARTMENT

### Case Report - PD250013793-001

| | | |
|---|---|---|
| **Was there new damage?** | | |
| **If so, Explain:** | | |
| **How many plates recovered?** | | |
| **Was the veh burned?** | | |
| **If so, what Fire Marshall responded?** | | |
| **Veh processed for latents?** | | |
| **Results?** | | |
| **If not processed, why?** | | |
| **Was the veh photographed?** | | |
| **If not, explain:** | | |
| **Were any items left by the suspect?** | | |
| **Explain:** | | |
| **Was any evidence sent to Forensics?** | | |
| **Explain:** | | |
| **Was an arrest made in the recovery?** | | |
| **Was the suspect interviewed?** | | |
| **Suspect Interviewed pertaining to other thefts?** | | |
| **Owner notified of recovery?** | | |
| **Veh released to owner?** | | |
| **Tow Company:** | | |
| **Was insurance Co. notified of theft?** | | |
| **Did owner receive insurance settlement?** | | |
| **Veh cleared from VCIN/NCIC?** | | |
| **Explain:** | | |

## Drug Information

**Suspected Drug Type:**
**Drug Quantity:**
**Drug Measured:**

## Firearm Information

| | |
|---|---|
| **Date admin message sent:** | **Live cartridges at scene:** |
| **Administrative message No.** | **Discharged cartridges in cylinder:** |
| **Firearm Caliber:** | **Discharged cartridges at scene:** |
| **Firearm Type:** | **Country of origin:** |

     Version Control:08-15-16-12:00-JD

# PRINCE WILLIAM COUNTY POLICE DEPARTMENT



## Case Report - PD250013793-001

| | |
|---|---|
| **Barrel Length:** | **Importer:** |
| **Firearm Action:** | **LE possession information:** |
| **Magazine or cylinder capacity:** | **LE Date:** |
| **Loaded:** | **Firearm Status:** |
| **Safety:** | **Other Firearm Status:** |
| **Cocked:** | **Firearm Disposition:** |
| **Live cartridges in cylinder:** | **Other Firearm Disposition:** |
| **Live cartridges in chamber:** | **Crime committed with firearm:** |
| **Live cartridges in magazine:** | **Offense Code:** |

**Describe how firearm came into possession of PWCPD:**

**Firearm taken from:**          **Address:**          **CSZ:**          **Date of Birth:**

**Age:**          **Social Security No.**          **Race:**          **Sex:**          **Juvenile:**

**How did Juv. come into possession of the firearm?**
**Other - Explain**

## Construction Information

| | |
|---|---|
| **Structure Type:** | |
| **Building Status:** | |
| **Construction Type:** | |
| **Property Use/Occupancy:** | |
| **Construction Materials:** | |
| **Type Exterior Construction:** | |
| **Other Type?** | |
| **Stories Above Grade:** | |
| **Stories Below Grade:** | |
| **Length (ft):** | |
| **Width (ft):** | |

## Structure Fire

| | |
|---|---|
| **Fire Origin:** | |
| **Fire Spread:** | |
| **Flame spread not related to Material First Ignited?** | |

          Version Control:08-15-16-12:00-JD

# PRINCE WILLIAM COUNTY POLICE DEPARTMENT



## Case Report - PD250013793-001

| | |
|---|---|
| **Item contrib. to most flame spread:** | |
| **Description:** | |
| **Type of material contrib. to flame spread:** | |
| **Description:** | |

### Number of Stories Damaged By Flame

| 1 − 24% | 25 − 49% | 50 − 74% | 75 − 100% |
|---|---|---|---|

## Presence of Detectors

| | |
|---|---|
| **Presence of Detectors:** | |
| **Detector Type:** | |
| **Detector Power Supply:** | |
| **Detector Operation:** | |
| **Detector Effectiveness:** | |
| **Detector Failure Reason:** | |
| **Detector Notes:** | |

## Presence of Automatic Extinguishing System

| | |
|---|---|
| **Automatic Extinguishing System Presence:** | |
| **Type of Automatic Extinguishing System:** | |
| **Operation of Automatic Extinguishing System:** | |
| **Number of Sprinkler Heads Operating:** | |
| **Reason for Automatic Extinguishing System Failure:** | |
| **Automatic Extinguishing System Notes:** | |

## Appliance Involvement

| | |
|---|---|
| **Appliance Involved?** | |
| **Appliance Type:** | |
| **Other Appliance:** | |
| **Destroyed by Fire:** | |



# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

## <u>Narrative</u>

On 04/20/2025 at approximately 1755 hours, I responded to ███████████████████ reference to a vehicle tampering. The call notes advised the following:

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████

CALLER DOESN'T FEEL COMFORTABLE GIVING HOME ADDR DUE TO FOIA FOR POSSIBLE SUSPECT
HAS SUSPECT.  CALLER INVOLVED IN WHISTLEBLOWER  INCIDENT W/ GOVT.
CALLER ADV THAT TOW TRUCK TEMPORARILY CAME  & ADV THAT BRAKE LINE HAD BEEN CUT.
CALLER ALSO ADV THAT HE HAD MET W/ OFC RECENTLY IN REF TO HOW CALLER WAS VICTIM OF SWATTING INCIDENT"

Upon arrival, I met with Daniel Berulis and Andrew Bakaj. Mr. Berulis is an employee with the National Labor Relations ██████████ █████████████████████████████████████████████ mage to his 2017 Blue Kia Optima bearing GA plates ████████████████████████████████████████ ed.

Mr. Berulis advised that he drove home late last night, and he arrived home at approximately 0300-0400 hours. He advised that it was a 25-minute drive, and there were no issues with his vehicle. Later in the day, at approximately 1300 hours, he went to the 'Ross' down the street without any vehicle related issues. Although he did not notice any issues, he was not sure if the damage was occurring gradually. He left his house again at approximately 1640 hours to go see his uncle in Maryland. After 3-4 turns into the drive, he noticed an issue with his brakes. He advised that he needed to press harder to get the vehicle to stop. He advised that he called his legal team at approximately 1623 hours who told him to pull over.

Mr. Berulis showed me the alleged brake line. I observed a cut wire under the hood of his vehicle as well as paper stuffed under the wire. I photographed the wires.

When asked about potential suspects, Mr. Berulis lawyer, Andrew Bakaj, began to detail that they were currently working a major case involving DOGE. More specifically, Mr. Berulis is a whistleblower for the National Labor Relations Board against DOGE. When asked about specific allegations, Mr. Berulis advised that DOGE came into his agency (National Labor Relations Board) covertly and he believed that they stole data that is agency specific. He works with IT and is the 'cloud admin' which is how he noticed the issue. On Monday (04/14/2025), there was a disclosure to Congress about the incident. On Tuesday (04/15/2025), there was a media release, and he advised that he was on TV. On Wednesday (04/16/2025), he advised that they came into his agency. It appeared that he was involved in an active investigation. Approximately 2 hours prior to my arrival to meet Mr. Berulis, I was told that Elon Musk tweeted about Mr. Berulis specifically. Mr. Bakaj showed me the tweet which read the following: "Filing a deliberately false whistleblower claim is a serious crime." Attached to the tweet was what appeared to be a news article which wrote: "DOGE CLEARED IN NLRB WHISTLEBLOWER FIASCO – NOW THE ACCUSER'S IN THE HOT SEAT. Daniel J. Berulis claimed Elon's DOGE team hacked into the NLRB – that's the National Labor Relations Board – and funneled sensitive data to





# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

The note read the following:

do

Version Control:08-15-16-12:00-JD



# PRINCE WILLIAM COUNTY POLICE DEPARTMENT

## Case Report - PD250013793-001

pro█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Mr█████████████████████████████████████████████████████████
the dog. Mr. Berulis also advised that he saw a drone over his house. He provided a video in which you can see a drone flying in the air. When Mr. Berulis faces his camera toward the drone, it flies away. Mr. Berulis sent me a copy of this video and the note on my department issued work phone.

After collecting all necessary information, I attempted to dust the vehicle for latent prints. I collected three latent fingerprint cards as well as elimination prints from Mr. Berulis. After collecting latent fingerprints, I responded to Mr.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████nal
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████any
████████████████████████████████████████████████████████████

When asked about any victim/witness protection, it was learned that he is not yet placed but he will be. Mr. Bakaj advised that Mr. Berulis was going to be st████████████████████████████

Upon using open sources, I located various news articles detailing Mr. Berulis' claims against DOGE as well as Mr. Bakaj's involvement as his lawyer. It was evident that this was a high-profile case with frequent updates.

All photographs collected throughout this investigation were uploaded to evidence.com under this case number. In addition, the latent prints collected from Mr. Berulis' vehicle will be packaged into Traq6 under this case number.

Mr. Berulis was provided a business card with my name, badge number, phone number, and the associated case number. He was also provided the victim/witness brochure and was updated on the status of this case.

This present investigation for vandalism will be inactive due to the lack of any specific suspect information. Due to the prior 'threatening' note which was posted on his door and the national nature of this incident, SGT A. Stevens was made direct and will be notifying the intelligence unit.

CASE STATUS: INACTIVE



# Officer Report

## Administrative



PRINCE WILLIAM COUNTY POLICE
DEPARTMENT

| | | | |
|---|---|---|---|
| Report Submitted By: | Pajuelo, Ryan E | | |
| Entered On: | 5/14/2025 6:26:40 PM | | |
| Unit Assignment: | Patrol-D/East | | |
| CST Report? | N - No | Body Camera Video/Audio? | Y - Yes |
| CST Hours: | | Exception: | |
| | | Body Camera Notes: | |

Offense      DESTRUCTION/DAMAGE/VANDALISM
OF PROPERTY (EXCEPT ARSON
AND GRAFFITI)

## Narrative:

This is a supplement report to PD250013793.

Please see Officer Sullivan's report in reference.

On 05/14/2025, I responded ███████████████████ ference to evidence that needed to be picked up for a previous vehicle tampering call.

Upon arrival, I met with Mr. Daniel Berulis. He advised the following: He had brought his car i████████ around Easter time, to fix the damage to his vehicle. On 04/28/2025, he was advised by one ███████ airbag sensor to his vehicle had also been cut and slashed, preventing the vehicle from producing that warning light.

Information in this report will not be used for statistical purposes.

Mr. Berulis provided the message that was sent from the mechanic, which is uploaded to axon.com.

Mr. Berulis also provided me with the remaining piece of the brake line that was cut. I packaged it for evidence and uploaded it to Traq6.

I advised Mr. Berulis on how to receive a copy of the report, and provided him with a business card with my name, case number, and non emergency line.

Case Status: Inactive.

Information in this report will not be used for statistical purposes.

## Witnesses

## Other Entities

## Properties

**Property: Automobile (not Stolen or Recovered)**

Photo Date:

| IBR Type | 03 |
|---|---|
| UCR Type | Other Vehicle (not Stolen or Recovered) |
| Description | 2017 KIA OPTIMA SEVERED BRAKE LINE |
| Status | Victim Vehicle (Non-IBR) |
| Count | 1 |
| Value | 300.00 |
| Manufacturer | KIA |
| Model | OPTIMA |
| Serial Number\V | |
| Owner Applied Number | |

| Finish | |
|---|---|
| Condition | |
| Identifying Marks | |
| Bicycle Make | |
| Bicycle Model | |
| Bicycle Speed | |
| Bicycle Wheel Size | |
| Color | |
| Recovered Date | |
| Owner | V - BERULIS, DANIEL |
| Disposition | |
| Evidence Tag | |

## Vehicle Information

| Vehicle Year | 2017 |
|---|---|
| Odometer Reading | |
| Body Style | |
| License Number | |
| License Exp. Date | |
| License State | |

| Boat Name | |
|---|---|
| Boat Type | |
| HIN | |
| Hull Shape | |
| Propulsion | |
| Boat Length | |

| Color Type | Colors |
|---|---|
| PR - Primary | BLU - Blue |

## Notes

Information in this report will not be used for statistical purposes.

Information in this report will not be used for statistical purposes.

Officer Report #: O-PD250013793-
001
Case#: PD250013793



PRINCE WILLIAM COUNTY POLICE
DEPARTMENT

# Officer Report

## Administrative



PRINCE WILLIAM COUNTY POLICE
DEPARTMENT

| | | | |
|---|---|---|---|
| Report Submitted By: | Sullivan, Emily K | | |
| Entered On: | 5/1/2025 1:56:07 PM | | |
| Unit Assignment: | Patrol-C/East | | |
| CST Report? | | Body Camera Video/Audio? | N - No |
| CST Hours: | | Exception: | Other |
| | | Body Camera Notes: | NO BWC NEEDED |

Offense    DESTRUCTION/DAMAGE/VANDALISM
OF PROPERTY (EXCEPT ARSON
AND GRAFFITI)

## Narrative:

On 04/29/2025, I received a voicemail from Mr. Berulis which was translated to the following message: "Hi, my name is Daniel Berulis, and it's in reference to report number PD250013793, happened over Easter with the brake lines. I just got the car back from the mechanic and they let me know, the airbag, well it looks to be the airbag sensor was also cut and spliced. I have pictures in and I have the car back now. If you want to call me back, we can coordinate you know getting those to you or or whatever we need to do there. My number ██████████████████ gain, my name is Daniel Berulis. Thank you."

On 04/30/2025, I was forwarded an email chain between Andrew Bakaj and Detective R. Hyatt. Among many emails, one from Mr. Bakaj stated the following:

"Good afternoon Det. Hyatt,

I'm just checking in on Dan's case. I'm not sure if you or the detective working on the matter were made aware, but the mechanic working on Dan's car the other day found the front airbags disconnected from his car. I understand the mechanic reached out to the department. Any updates on that?

Information in this report will not be used for statistical purposes.

Thanks,

Andrew"


I have not received any notification/report being filed by a mechanic. Upon receiving this email chain, I reached out to Mr. Bakaj via email. I was in training all week and I will be in training the following week; however, I offered to meet with Mr. Bakaj in person at the Eastern District Station after a training day. He advised that he was not available. I also offered to speak with Mr. Bakaj via phone call during one of my breaks at training. Mr. Bakaj did not respond prior to the end of my working day.


At this point, contact has not been made with Mr. Berulis or Mr. Bakaj. I educated Mr. Bakaj on his ability to respond to any district station to meet with an officer in person. Although I am the primary officer, he was informed that any officer can assist with a supplement if I am not available or off duty. He was advised on my training schedule and informed on my availability for a phone call.


This case will remain inactive as there are no further leads or suspect information. Another supplement will be completed if additional information is received.


CASE STATUS: INACTIVE

Information in this report will not be used for statistical purposes.

## Witnesses

## Other Entities



## Name: BAKAJ, A

| | |
|---|---|
| **Entity Type:** | Other Person |



| | |
|---|---|
| **Sex** | Male |
| **Race** | White |
| **Ethnicity** | Not Hispanic or Latino |
| **DOB** | |
| **Age** | |
| **Juvenile** | N - No |
| **Eye Color** | Brown |
| **Hair Color** | Brown |
| **Facial Hair** | |

| |
|---|
| **Complexion** |
| **Height** |
| **Weight** |
| **Resident** |
| **DLN** |
| **DL State** |
| **DL Country** |
| **SSN** |
| **Employer/School** |
| **Occupation/Grade** |

### Aliases

| Alias | Alias DOB |
|---|---|
| | |

### Addresses



| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | | | Prince William County | USA - United States of America |

### Phones

| Phone Type | Phone Number |
|---|---|
| M - Mobile | |



### Emails

| Email Address |
|---|
| |

### Social Media

| Company | Username | Password | Other Social Media |
|---|---|---|---|
| | | | |

## Notes

Information in this report will not be used for statistical purposes.

## Properties

### Property: Automobile (not Stolen or Recovered)

Photo Date:

| IBR Type | 03 |
|---|---|
| UCR Type | Other Vehicle (not Stolen or Recovered) |
| Description | 2017 KIA OPTIMA WITH SEVERED BRAKE LINE |
| Status | Victim Vehicle (Non-IBR) |
| Count | 1 |
| Value | 300.00 |
| Manufacturer | KIA |
| Model | OPTIMA |
| Serial Number\VIN | ███████████ |
| Owner Applied Number | ███████████ |

| Finish | |
|---|---|
| Condition | |
| Identifying Marks | |
| Bicycle Make | |
| Bicycle Model | |
| Bicycle Speed | |
| Bicycle Wheel Size | |
| Color | |
| Recovered Date | |
| Owner | V - BERULIS, DANIEL |
| Disposition | |
| Evidence Tag | |

## Vehicle Information

| Vehicle Year | 2017 |
|---|---|
| Odometer Reading | |
| Body Style | ████ |
| License Number | ████ |
| License Exp. Date | ████ |
| License State | |

| Boat Name | |
|---|---|
| Boat Type | |
| HIN | |
| Hull Shape | |
| Propulsion | |
| Boat Length | |

| Color Type | Colors |
|---|---|
| PR - Primary | BLU - Blue |

## Notes

Information in this report will not be used for statistical purposes.