Ex. 1A

## CAUSE NO. 1:26-cv-01319-RC

| | | |
|---|---|---|
| **Daniel Berulis** | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF |
| | § | COLUMBIA |
| **Elon Musk** | § | |
| Defendant. | § | |

## <u>DECLARATION OF DUE DILIGENCE</u>

"The following came to hand on **May 27, 2026, 8:00 pm**,

**SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTTRATE JUDGE, COMPLAINT AND DEMAND FOR A JURY TRIAL, DECLARATION OF DANIEL J. BERULIS IN SUPPORT OF NOTCE OF RESIDENTIAL ADDRESS FILEED UNDER SEAL, EXHIBIT INDEX, EXHIBITS A, B-1 THROUGH B-5, B-6, D, G, J, K, Q, S, Y AND Z,**

For delivery to Elon Musk

1) Unsuccessful Attempt: May 28, 2026, 7:40 am CDT at H███████████ ase, TX 78521

Attempt 1: I was unable to access the property due to no access. Access was restricted to residents and guest only. This is a private community.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Gerardo Chavez**, I am at least 18 years old, and my address is **P.O. BOX 623, Brownsville, TX 78520**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Cameron** County, State of **Texas**, on **May 28, 2026**.

**Gerardo Chavez**
**Certification Number: PSC 9908**
**Certification Expiration: 09/30/2026**

Ex. 1B

## CAUSE NO. 1:26-cv-01319-RC

| | | |
|---|---|---|
| **Daniel Berulis** | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF |
| | § | COLUMBIA |
| **Elon Musk** | § | |
| Defendant. | § | |

### DECLARATION OF DUE DILIGENCE

"The following came to hand on **May 27, 2026, 8:00 pm**,

**SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTTRATE JUDGE, COMPLAINT AND DEMAND FOR A JURY TRIAL, DECLARATION OF DANIEL J. BERULIS IN SUPPORT OF NOTCE OF RESIDENTIAL ADDRESS FILEED UNDER SEAL, EXHIBIT INDEX, EXHIBITS A, B-1 THROUGH B-5, B-6, D, G, J, K, Q, S, Y AND Z,**

For delivery to Elon Musk

1) Unsuccessful Attempt: May 30, 2026, 12:55 pm CDT at HO██████████████████, TX 78521

Attempt 1: I was unable to access the property due to no access/gate. Access was restricted to residents and guest only. This is a private community.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Gerardo Chavez**, I am at least 18 years old, and my address is **P.O. BOX 623, Brownsville, TX 78520**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Cameron** County, State of **Texas**, on **May 30, 2026**.

_____

**Gerardo Chavez**
**Certification Number: PSC 9908**
**Certification Expiration: 09/30/2026**

Ex. 1C

## CAUSE NO. 1:26-cv-01319-RC

| | | |
|---|---|---|
| Daniel Berulis | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF |
| | § | COLUMBIA |
| Elon Musk | § | |
| Defendant. | § | |

## AFFIDAVIT OF DUE DILIGENCE

"The following came to hand on **May 27, 2026, 8:00 pm,**

**SUMMONS, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTTRATE JUDGE, COMPLAINT AND DEMAND FOR A JURY TRIAL, DECLARATION OF DANIEL J. BERULIS IN SUPPORT OF NOTCE OF RESIDENTIAL ADDRESS FILEED UNDER SEAL, EXHIBIT INDEX, EXHIBITS A, B-1 THROUGH B-5, B-6, D, G, J, K, Q, S, Y AND Z,**

For delivery to Elon Musk

1) Unsuccessful Attempt: June 02, 2026, 6:10pm CDT at HOME: ███████   Starbase, TX 78521

**Attempt 1:** I was greeted by a female who stated that Elon Musk did not live there. Vehicle in driveway (Cyber Truck) with TX Plates is registered to SPACE EXPLORATION TECHNOLOGIES ███████   CURRENT.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Aurelio Chavez**, I am at least 18 years old, and my address is **P.O. BOX 623, Brownsville, TX 78520,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Cameron** County, State of **TEXAS**, on **June 02, 2026.**

_____
Aurelio Chavez
Certification Number: PSC 15740
Certification Expiration: 09/30/2026

Ex. 1D

## Civil Action No. 1:26-CV-01319

| | | |
|---|---|---|
| **Daniel Berulis** | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| **vs.** | § | FOR THE DISTRICT OF COLUMBIA |
| | § | |
| **Elon Musk** | § | |
| Defendant. | § | |

### RETURN OF DUE DILIGENCE

"The following set of documents came to hand on **May 25, 2026, at 2:26pm:**

**Summons in a Civil Action; Reference of a Civil Action to a Magistrate Judge; Notice of Rights re: a Magistrate Judge; Declaration of Daniel Berulis re: Sealed Address; Complaint and Demand for Jury Trial; Exhibit Index; Exhibit A; Exhibit B-1; Exhibit B-2; Exhibit B-3; Exhibit B-4; Exhibit B-5; Exhibit B-6; Exhibit D; Exhibit G; Exhibit J; Exhibit K; Exhibit Q; Exhibit S; Exhibit Y; Exhibit Z**

For delivery to Elon Musk (age 54)

1) Unsuccessful Attempt: (TU) May 26, 2026, 3:45 pm CDT at 500 Center Ridge Dr, Austin TX 78753

Attempted personal service today at the given business address in Austin, Texas, but it was a Bad Address.

I am a person over eighteen (18) years of age and I am competent to make this declaration. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **John D. Lawrence**, I am at least 18 years old, and my address is **4804 Edge Creek Dr, Austin TX 78744**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **May 30, 2026**.

John D. Lawrence
PSC-15777
Certification Expires: 31JAN2027

Original Message

**Ex. 2A**

## Original Message

| | |
|---|---|
| Message ID | <CALXyEKwyw_MT=1TemXuxabZGBRZf4tLr0LOYTbASh1OH8LriWA@mail.gmail.com> |
| Created at: | Sun, May 17, 2026 at 8:13 AM (Delivered after 0 seconds) |
| From: | D B <attachmenttoobig@gmail.com> |
| To: | alexspiro@quinnemanuel.com |
| Subject: | Inquiring about authorization to accept service of process |

**Download Original**                                    Copy to clipboard

```
MIME-Version: 1.0
Date: Sun, 17 May 2026 08:13:44 -0400
Message-ID:
<CALXyEKwyw_MT=1TemXuxabZGBRZf4tLr0LOYTbASh1OH8LriWA@mail.gmail.com>
Subject: Inquiring about authorization to accept service of process
From: D B <attachmenttoobig@gmail.com>
To: alexspiro@quinnemanuel.com
Content-Type: multipart/alternative;
boundary="000000000000a41cde065202607d"

--000000000000a41cde065202607d
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Mr. Spiro,

I would like to know if you, or someone at Quinn Emanuel Urquhart &
Sullivan is authorized to accept service of process on behalf of Elon
Musk
in his personal capacity in a civil matter filed in the United States.

Please let me know whether your firm is able to receive service on Mr.
Musk's behalf, or if there is a more appropriate point of contact you
know
of for this purpose.

Thank you,
Daniel Berulis
=E2=80=AA(501) 518-1469=E2=80=AC
```

```
Attachmenttoobig@gmail.com

--000000000000a41cde065202607d
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Mr. Spiro,<div dir=3D"auto"><br></div><div
dir=3D"auto">I=
 would like to know if you, or someone at Quinn Emanuel Urquhart &amp;
Sull=
ivan is authorized to accept service of process on behalf of Elon Musk
in h=
is personal capacity in a civil matter filed in the United States.
</div><di=
v dir=3D"auto"><br></div><div dir=3D"auto">Please let me know whether
your =
firm is able to receive service on Mr. Musk&#39;s behalf, or if there
is a =
more appropriate point of contact you know of for this purpose.</div>
<div d=
ir=3D"auto"><br></div><div dir=3D"auto">Thank you,</div><div
dir=3D"auto">D=
aniel Berulis</div><div dir=3D"auto">=E2=80=AA(501) 518-
1469=E2=80=AC</div>=
<div dir=3D"auto"><a
href=3D"mailto:Attachmenttoobig@gmail.com">Attachmentt=
oobig@gmail.com</a></div><div dir=3D"auto"></div><div dir=3D"auto">
</div><d=
iv dir=3D"auto"><br></div></div>

--000000000000a41cde065202607d--
```

Original Message

## Original Message

| Message ID | <CALXyEKw=xYMqUznaP3Wd_nftn9t3G6Zrx1k_A5g+4sSYp34jzQ@mail.gmail.com> |
|---|---|
| Created at: | Wed, May 27, 2026 at 7:46 AM (Delivered after 0 seconds) |
| From: | D B <attachmenttoobig@gmail.com> |
| To: | johnbash@quinnemanuel.com |
| Subject: | Acceptance of service on behalf of Elon Musk |

Download Original                                    Copy to clipboard

```
MIME-Version: 1.0
Date: Wed, 27 May 2026 07:46:34 -0400
Message-ID:
<CALXyEKw=xYMqUznaP3Wd_nftn9t3G6Zrx1k_A5g+4sSYp34jzQ@mail.gmail.com>
Subject: Acceptance of service on behalf of Elon Musk
From: D B <attachmenttoobig@gmail.com>
To: johnbash@QuinnEmanuel.com
Content-Type: multipart/alternative;
boundary="000000000000ecc7340652cb2977"

--000000000000ecc7340652cb2977
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Mr. Bash,

I would like to know if you, or someone at Quinn Emanuel Urquhart &
Sullivan is authorized to accept service of process on behalf of
Elon Musk
in his personal capacity in a civil matter filed in The District of
Columbia in the United States.

Please let me know whether your firm is able to receive service on
Mr.
Musk's behalf, or if there is a more appropriate point of contact
you know
of for this purpose.
```

```
Thank you,
Daniel Berulis
=E2=80=AA(501) 518-1469=E2=80=AC
Attachmenttoobig@gmail.com

--000000000000ecc7340652cb2977
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Mr. Bash,<div dir=3D"auto"><br></div><div
dir=3D"auto">I =
would like to know if you, or someone at Quinn Emanuel Urquhart
&amp; Sulli=
van is authorized to accept service of process on behalf of Elon
Musk in hi=
s personal capacity in a civil matter filed in The District of
Columbia in =
the United States.<div dir=3D"auto"><br></div><div
dir=3D"auto">Please let =
me know whether your firm is able to receive service on Mr.
Musk&#39;s beha=
lf, or if there is a more appropriate point of contact you know of
for this=
 purpose.</div><div dir=3D"auto"><br></div><div dir=3D"auto">Thank
you,</di=
v><div dir=3D"auto">Daniel Berulis</div><div
dir=3D"auto">=E2=80=AA(501) 51=
8-1469=E2=80=AC</div><div dir=3D"auto"><a
href=3D"mailto:Attachmenttoobig@g=
mail.com">Attachmenttoobig@gmail.com</a></div></div></div>

--000000000000ecc7340652cb2977--
```