AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

In the United States District Court for the District of Columbia

Civil Action No. 1:26-cv-01319-RC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

Case Styling: Daniel Berulis, Plaintiff v. Elon Musk, Defendant

This summons for *(name of individual and title, if any)* Elon Musk

was received by me on *(date)* (WE) 15 JULY 2026, at 1:26pm CDT.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

■ Other *(specify)*: I served the Summons and corresponding federal civil court documents on the defendant via United States Postal Service Certified *Mail: Tracking# 9589071052703784751226, delivered (SA) 25 JULY 2026, at 10:52 am.

My fees are $ N/A for travel and $ 100.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: (TU) 1 SEPT 2026

[signature]
*Server's signature*

John D. Lawrence, PSC-15777 (Texas) exp. 31 JAN 2027
*Printed name and title*

*see attached U.S.P.S. Certified Mail-related documentation (4 pages)

4804 Edge Creek Dr
Austin, TX 78744, USA
*Server's address*

Additional information regarding attempted service, etc:

The following is a complete listing of the court documents that were mailed from Austin on 21 JULY 2026, and delivered on 25 JULY 2026:

Summons in a Civil Action; Notice of Right to Consent to Trial before a United States Magistrate Judge; Complaint and Demand for Jury Trial; Declaration of Daniel J. Berulis in Support of Notice of Residential Address filed under seal; Exhibit Index; Exhibits

9589 0710 5270 3784 7512 26

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Brownsville, TX 78521

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0186 |
| $4.65 | 09 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☒ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☒ Adult Signature Restricted Delivery $ | |
| Postage $ $4.62 | |
| **Total Postage and Fees** $ $14.82 | 07/21/2026 |

MOCKINGBIRD STATION
JUL 21 2026
AUSTIN TX 78745 USPS

Sent To Elon Musk [redacted]

Street and Apt. No., or PO Box No. [ADDRESS REDACTED]

City, State, ZIP+4® Starbase, TX 78521

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

12:08

tools.usps.com/tracking/

ALERT: WILDFIRES IN THE PACIFIC NOR...

# USPS Tracking®

FAQs > >

Tracking Number:

Remove X

## 9589071052703784751226

Copy    Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 10:52 am on July 25 2026 in BROWNSVILLE, TX 78521.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent

**Delivered to Agent, Front Desk/Reception/Mail Rc**

BROWNSVILLE, TX 78521
July 25, 2026 10:52 AM

See All Tracking History

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELON MUSK
[ADDRESS REDACTED]
STARBASE, TX 78521

9590 9402 9712 5199 4301 01

2. Article Number *(Transfer from service label)*

9589 0710 5270 3784 7512 26

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☒ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 9712 5199 4301 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

John Lawrence
Long Arms Process Service
4804 Edge Creek Dr
Austin, TX 78744